UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUTTERING FOUNDATION OF AMERICA )<br>3100 Walnut Grove Road )<br>Suite 603 )<br>Memphis, TN 38111-0749 )<br> )<br>Plaintiff, )<br> )<br> ) Civil Action No. _____<br> )<br>-v- )<br> )<br>LINDA M. SPRINGER )<br>in her official capacity as )<br>Director of the United States Office )<br> of Personnel Management )<br>1900 E Street, N.W. )<br>Washington, D.C. 20415-0001, )<br> )<br>Defendant. )<br> ) | |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
### OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Stuttering Foundation of America, certify that to the best of my knowledge and belief, the following are parent companies, subsidaries or affiliates of Stuttering Foundation of America which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
MacKenzie Canter, III, (D.C. Bar #936146)
Copilevitz & Canter, LLC
1900 L Street, N.W., Suite 215
Washington, D.C. 20036
(202) 861-0740
(202) 331-9841 (facsimile)
Attorney of Record for Plaintiff
Stuttering Foundation of America