UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STUTTERING FOUNDATION OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-1249 (JDB) |
| | ) | |
| LINDA M. SINGER, | ) | |
| in her official capacity as | ) | |
| Director of the Office of Personnel | ) | |
| Management, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney John Henault as counsel for Defendant in the above-captioned case.

July 16, 2007                                    Respectfully submitted,


                                                 /s/
                                                 JOHN HENAULT, D.C. Bar #472590
                                                 Assistant United States Attorney
                                                 555 4th Street, N.W.
                                                 Washington, D.C. 20530
                                                 (202) 307-1249
                                                 (202) 514-8780 facsimile