U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Stuttering Foundation of America

vs.

Linda M. Springer, in her official capacity as Director of the
United States Office of Personnel Management

No. 1:07-CV-01249 JDB

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make
service of the Summons, Notice of Right to Consent to Trial Before
United States Magistrate Judge, Initial Electronic Case Filing
Order, Consent to Proceed Before a United States Magistrate Judge
For All Purposes, Complaint for Declaratory and Injunctive Relief
with Exhibits A - F, Motion for a Temporary Restraining Order and
Preliminary Injunction, Memorandum of Points and Authorities In
Support of Plaintiff's Motion for a Temporary Restraining Order and
Preliminary Injunction, [Proposed] Order to Show Cause and Temporary
Restraining Order, Certificate of Counsel Pursuant to LCvR 65.1, and
Certificate Required by LCvR 7.1 of the Local Rules of the United
States District Court for the District of Columbia in the above
entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:54 pm on July 12, 2007, I served Linda M. Springer,
in her official capacity as Director of the United States Office of
Personnel Management at 1900 E Street, NW, Washington, DC 20415 by
serving Ellen Johns, Legal Editor, authorized to accept.  Described
herein:

      SEX-    FEMALE
      AGE-    45
   HEIGHT-    5'10"
     HAIR-    BLONDE
   WEIGHT-    200
     RACE-    WHITE

I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
Affidavit of Service is true and correct.

Executed on    7-13-07
                  Date

DANIEL F. PORTNOY

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050