U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Stuttering Foundation of America

vs.

Linda M. Springer, in her official capacity as Director of the United States Office of Personnel Management

No. 1:07-CV-01249 JDB

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Consent to Proceed Before a United States Magistrate Judge For All Purposes, Complaint for Declaratory and Injunctive Relief with Exhibits A - F, Motion for a Temporary Restraining Order and Preliminary Injunction, Memorandum of Points and Authorities In Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, [Proposed] Order to Show Cause and Temporary Restraining Order, Certificate of Counsel Pursuant to LCvR 65.1, and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:35 am on July 12, 2007, I served US Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Document Clerk, authorized to accept.  Described herein:

    SEX-   MALE
    AGE-   30
HEIGHT-   5'8"
  HAIR-   BLACK
WEIGHT-   160
  RACE-   BLACK

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on   7-13-07               _____
            Date                              DANIEL F. PORTNOY

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050