# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ ) | | |
| ) | | |
| STUTTERING FOUNDATION OF AMERICA ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| ) | | |
| ) | | |
| -v- ) | Civil Action No. | |
| ) | 1:07-cv-01249 | |
| ) | (JDB) | |
| ) | | |
| LINDA M. SPRINGER ) | | |
| in her official capacity as ) | | |
| Director of the United States Office ) | | |
| of Personnel Management ) | | |
| ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |
| _____) | | |

## PLAINTIFF'S CONSOLIDATED REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

### I. INTRODUCTION

Pursuant to this Court's order of July 16, 2007, Plaintiff Stuttering Foundation of America ("SFA") files this Consolidated Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment.

SFA opposes Defendant's Motion for Summary Judgment on the grounds set forth in SFA's Motion For Temporary Restraining Order and Preliminary Injunction that was converted into a Motion for Summary Judgment and incorporated by reference herein ("Motion"), *viz.*:

1) SFA, a private operating foundation,  had qualified for the CFC every year between 1991 and 2006;

2) Defendant promulgated a new regulation in November, 2006, limiting eligibility for the Combined Federal Campaign ("CFC") to organizations that are described in section 501(c)(3) of the Internal Revenue Code ("Code") and are public charities described in section 509(a) of the Code (the "2006 Regulation");

3) Section 618 of the Treasury, Postal Service, and General Government Appropriations Act for 1988 (Public Law No. 100-202, 101 Stat. 1329 et seq., the "Act"), states that the criteria for eligibility of organizations to participate in the CFC cannot be different from the eligibility criteria set forth in the 1984 CFC regulations;

4) the 1984 CFC regulations do not limit eligibility to the CFC solely to public charities;

5) the 2006 Regulation changed the criteria for CFC eligibility such that they are no longer the same as the eligibility criteria set forth in the 1984 CFC regulations;  and

6) the 2006 Regulation, limiting CFC eligibility solely to public charities, violates the Act and, therefore,  is null and void and unenforceable against SFA; and SFA's exclusion from the 2007 CFC based on the 2006 Regulation violates the Act.

Plaintiff respectfully refers the Court to Plaintiff's Supplemental Statement of Material Facts Not in Dispute, the Declaration of Jane Fraser, President of SFA, and the attached order. For the sake of brevity and to the extent possible, the arguments asserted in support of SFA's Motion will not be repeated here.

## II. DEFENDANT MISCHARACTERIZES THE MATERIAL FACTS

Defendant mischaracterizes the material facts in this case as set forth in its Statement of Material Facts Not In Dispute ("OPM Statement") when it characterizes its promulgation of the

2006 Regulation, *viz.*,  that "[organizations participating in the CFC] must be public charities and not private foundations," as a mere "clarification" of the 1984 CFC regulations.  See, e.g., OPM Statement, ¶ 1, 2, 3, 4, 5, and 6.   As set forth in SFA's Motion and in this Opposition *infra*, the 2006 Regulation does not merely "clarify" the 1984 CFC regulations but, rather, it constitutes a *substantive change* to the 1984 CFC regulations in violation of section 618 of the Act. For this reason, SFA vigorously disputes OPM's characterization throughout its Statement that the 2006 Regulation is a mere "clarification."[1]

### III. THE 2006 REGULATION SUBSTANTIVELY CHANGED THE 1984 CFC REGULATIONS AND IS NOT DUE JUDICIAL DEFERENCE

### A. THE 2006 REGULATION SETS FORTH ELIGIBILITY CRITERIA THAT ARE MORE RESTRICTIVE THAN THE CRITERIA SET FORTH IN THE 1984 CFC REGULATIONS

OPM acknowledges that section 618 of the Act mandates that CFC eligibility requirements remain the same as set forth in the 1984 CFC Regulations. Yet, OPM asserts that "notwithstanding that the Act froze the eligibility requirements, there was no mention that the agency's interpretation of such regulations must or should be frozen." OPM Memorandum at 10. While OPM has discretion to interpret its regulations, it may not do so in a manner that contravenes the Act which plainly prohibits OPM from issuing regulations (or interpreting existing regulations in such a way) that imposes an eligibility requirement not set forth in the

---

[1] OPM argues that it unnecessarily engaged in notice and comment rule-making in regard to the 2006 Regulation because it is "actually an interpretive rule…" OPM Memorandum at 6, f.n. 1. This is plainly wrong, as explained *infra*, because the 2006 Regulation set forth a substantive change to the 1984 CFC regulations. In its footnote 1, OPM glosses over the fact that the Act prohibits OPM from issuing regulations concerning CFC eligibility requirements that are not the same as those set forth in the 1984 regulations. Thus, not only was notice and comment rule-making required because the 2006 Regulation resulted in a substantive change to the 1984 regulations (See, e.g., *Sprint Corporation v. Federal Communications Commission*, 315 F.3d 369, 354 U.S. App. D.C. 288 (D.C. Cir. 2003)), it is a moot point because the 2006 Regulation is void for violating section 618 of the Act.

1984 CFC Regulations. This is the prohibition that OPM ignored in promulgating the 2006 Regulation.

OPM argues that a fair reading of the 1984 CFC regulations leads to the conclusion that only public charities are authorized to participate in the CFC. Because SFA, "like any private foundation…does not have 'broad public support' [it] should not have been authorized to participate in the CFC pursuant to the 1984 regulations." OPM Memorandum at 14.

This assertion is without merit for the following reasons:

First, as set forth in the Declaration of Jane Fraser, since 1991, SFA has received support from thousands of individuals and non-governmental sources located in the United States and throughout the world. Indeed, between 2000 and 2006, SFA received donations from more than one thousand (1,000) individuals and non-governmental sources annually and such contributions comprise at least twenty percent (20%) of SFA's total revenues during each of these years. Declaration of Jane Fraser, ¶ 6 and 7. The vast majority of these donors did not contribute to SFA *via* the CFC. To suggest that because SFA is not classified as a public charity it does not receive "broad public support," ignores the facts and blithely relies on talismanic labels and unsupported assumptions.

Second, OPM asserts that the "plain language of the 1984 regulations contained in §§ 950.301, 950.403 and 950.405 comports with the IRS's definition of a 'public charity' not a private foundation." OPM Memorandum at 15. This contention is plainly wrong.

The 1984 CFC regulations do not contemplate an artificial reliance on the numerical public support tests set forth in Code sec. 509(a). Rather, the regulations contemplate a review of each applicant's particular situation without regard to whether the Internal Revenue Service ("IRS") characterizes the organization as a public charity or a private foundation.

Section 950.403, included under the heading, "Subpart D -- Eligibility Requirements for National Voluntary Agencies," sets forth "General requirements for National Agencies:" "(a) … Only nonprofit, tax-exempt, charitable organizations, supported by voluntary contributions from the general public…are eligible for approval." No percentage amount of support is set forth in Section 950.403.

However, Section 950.405 sets forth a twenty percent (20%) support test that is substantially less than the one-third (33.33%) public support tests set forth in Code sec. 509(a). Section 950.405 defines an eligible organization as one: "(a)…(2) [t]hat is voluntary and *broadly supported* by the public, *meaning* (i) that…is organized as a not-for-profit corporation or association…(ii) that…is classified as tax-exempt under Section 501(c)(3), and is eligible to receive tax deductible contributions under Section 170 of the Internal Revenue Code…and (iii) that…has received at least 50 percent of its revenues from sources other than the federal government *or at least 20 percent of its revenues from direct and/or indirect contributions in the immediately preceding year in which it seeks to participate in the Combined Federal Campaign…*"[2] Emphasis added.

Contrary to OPM's argument, as explained *infra*, the twenty percent (20%) limit set forth in section 950.405 permits *private foundations, in addition to public charities,* to participate in the CFC.

Code sections 509(a)(1) and (a)(2) set forth two numerical "public support" tests for public charities:

1) Under Code sec. 509(a)(1), the organization must receive at least one-third (33.33%)

---

[2] "Direct contributions" are defined in section 950.101(b)(5) to include "gifts, in cash or in donated in-kind material, given by individuals and/or other non-governmental sources directly to the health and welfare organization." "Indirect contributions" are defined in section 950.101(b)(6) to include "gifts, in cash or in donated in-kind material, given to the spending health and welfare organization by another health and welfare organization…"

of its total support from governmental entities, individuals, corporations, other publicly

supported organizations, foundations and other members of the general public. If the

organization fails to meet this one-third support test, it may qualify as a public charity if it

satisfies an optional subjective ten percent (10%) test set forth in the regulations to Code sec.

170;

2) Under Code sec. 509(a)(2), the organization must receive more than one-third (more

than 33.33%) of its support each year from gifts, membership fees and gross receipts from the

performance of "exempt functions,"  provided that *no more* than one-third (1/3) of the

organization's support is derived from gross investment income and a certain portion of unrelated

business income as defined in Code sec. 511-514.[3]

An organization such as SFA and other private operating foundations easily could satisfy

the twenty percent (20%) support requirement under Section 950.450, yet fail to qualify as a

public charity under Code sec. 509(a).

To illustrate, assume a Code sec. 501(c)(3) organization received twenty percent (20%)

of its support from direct and indirect contributions and otherwise satisfied the CFC eligibility

requirements set forth in the 1984 CFC regulations. The remainder of its support was derived

from investment income. The organization would satisfy the eligibility requirements under

section 950.450, yet not qualify as a public charity because it failed to satisfy either of the public

support tests under Code sec. 509(a)(1) or (a)(2).

Therefore, contrary to OPM's argument, *the 1984 CFC regulations did not contemplate*

---

[3] Additionally, as noted in Mr. Lambert's declaration, other organizations such as supporting
organizations under Code sec. 509(a)(3) (which are operated generally to benefit, perform the functions
of, or carry out the purposes of another Code sec. 509(a)(1) or (a)(2) organization and which, under
many circumstances, do not receive contributions from the public) and organizations that test for public
safety under Code sec. 509(a)(4), are not treated as private foundations and, as such, could be treated as
"public charities." These organizations do not have to satisfy any numerical public support tests to avoid
classification as private foundations.

*that only public charities could qualify.* It clearly is possible for an organization to satisfy the 20% test under section 950.450, yet not qualify as a public charity under Code sec. 509(a). Thus, it is apparent the current CFC eligibility requirements are far more restrictive than the eligibility criteria set forth in the 1984 CFC regulations.

Congress in the Act specifically mandated that the criteria for eligibility cannot be different from the criteria set forth in the 1984 CFC regulations. The tests for "public support" set forth in Code section 509(a) were the same in 1987 as they are at present. Had Congress intended that only public charities should be entitled to take part in the CFC, it could have referred to Code section 509(a) as defining what is meant by "...broadly supported by the public..." Congress did not do so, electing instead to define eligibility in accord with the 1984 CFC regulations that set a 20% test for public support.

The only inference that can be drawn is that Congress specifically rejected in 1987 the eligibility criteria that OPM adopted in the 2006 Regulation. Hence, OPM did not "clarify" Congressional intent in the 2006 Regulation. Rather, it *defied* Congressional intent. For this reason, the 2006 Regulation is void and unenforceable.

## B. REGULATIONS THAT VIOLATE A STATUTE ARE NOT ENTITLED TO DEFERENCE

OPM argues it is entitled to "substantial deference" with respect to the "interpretation of its own regulations." In this case, OPM has not interpreted its regulations, rather, it has promulgated a regulation in complete derogation of the Act by imposing an eligibility requirement more restrictive than the 1984 CFC regulations. Judicial deference will not apply when agency action is inconsistent with clear Congressional intent. See, e.g., *American Horse Protection Ass'n, Inc. v. Yeutter*, 917 F. 2d 594 (D.C. Cir. 1990).

OPM relies on *National Cable & Telecommunications Ass'n v. Brand X Internet Serv.*,

545 U.S. 967 (2005) for the proposition that deference is accorded agency action that results in a change or "clarification in policy" if the "change or clarification in policy is consistent with the regulations."  See, OPM Memorandum at 13.  *National Cable* is inapposite because the 2006 regulation is inconsistent with the 1984 regulations and plainly violates the Act.

Similarly, OPM's reliance on *Chevron U.S.A, Inc. v. Natural Resources Defense Council, Inc.* 467 U.S. 837 (1984) is misplaced. In *Chevron*, the Supreme Court implemented a two step analysis for reviewing an agency's construction of a statute it administers. A reviewing court must determine whether Congress has "directly spoken to the precise question at issue." 467 U.S. at 842. "If the intent of Congress is clear, that is the end of the matter; for the court, as well as the agency, must give effect to the unambiguously expressed intent of Congress." *Id.* at 842-843.

Congress's intent in enacting section 618 of the Act was clear: OPM is prohibited from issuing CFC regulations that result in eligibility requirements that are not the same as set forth in the 1984 regulations. See, e.g., *Planned Parenthood of Metropolitan Washington, D.C., Inc. v. Horner*, 691 F. Supp. 449 (D.D.C. 1988) (Congress spoke, sharply and distinctly, in plain and unmistakeable terms, when it enacted Section 618 [of the Act], mandating that eligibility requirements [for the CFC] "shall…remain the same as the criteria in the 1984 regulations, *except as otherwise provided in this section*…In the remainder of section 618, Congress proceeded to set forth specific, detailed and comprehensive requirements to cover the CFC. Yet nowhere in the precise terms of Section 618 did Congress legislate with respect to dual listing [of organizations on the National and Local CFC list]." (Emphasis in the text.) *Id.* at 453.

Similarly, nowhere in section 618 did Congress legislate that CFC eligible organizations must be public charities. Because the 2006 Regulation results in CFC eligibility requirements being far more restrictive than the requirements set forth in the 1984 regulations, OPM's

issuance of the 2006 Regulation is not entitled to judicial deference.[4]

## C. SFA QUALIFIES FOR THE 2007 CFA

There is no dispute that SFA has been admitted to the SFA for the last fifteen (15) years. In 1991[5], the first year it applied to participate in the CFC, SFA stated explicitly in its application that it was a private operating foundation described in Code sec. 4942(j)(3) and the organization was admitted to the CFC. Fraser Declaration ¶ 4. In each subsequent year, SFA was admitted to the CFC even though SFA's status as a private operating foundation remained unchanged. Prior to the 2006 Regulation, OPM never had required CFC eligible organizations to be public charities.

There is no dispute that SFA would qualify for the 2007 CFC, absent the 2006 Regulation. Section 950.202(b) of the CFC regulations, in effect prior to amendment by the 2006 Regulation, required an organization seeking national list eligibility to certify, *inter alia*, that "it is recognized by the Internal Revenue Service as tax-exempt under 26 U.S.C. 501(c)(3) and to which contributions are tax-deductible pursuant to 26 U.S.C. 170…" SFA clearly satisfies these criteria in effect prior to promulgation of the 2006 Regulation.

Moreover, as set forth in exhibit 4 to the Declaration of Jane Fraser, the percentage of

---

[4] OPM cites the following comments of the Senate Appropriations Committee in connection with the 1984 CFC regulations in support of its contention that Congress "fully intended the CFC to be open to public charities, not private foundations such as SFA:" "The Committee envisions that Federal workers will be allowed to write in any 501(c)(3) charitable organization that is not a private foundation…" OPM Memorandum at 16. OPM's argument lacks merit for these reasons: The Senate Appropriations Committee's comments are not legislative history regarding the Act. They were not included in the Conference Report to section 618 of the Act, H.Rep. 1173, 100th Cong. 1st Sess. 1173 (1987), which is entirely silent on the issue of public charities. The Conference Report merely states that section 618(b)(1)(B) of the Act "requires that any other eligibility criteria [for the CFC] shall remain the same as the 1984 regulations except for alterations specifically made in this statute." "This statement confirms what a plain reading of the statute discloses: that the 1984 regulations were to stay in place except for those changes-and *only* those changes- specifically identified by Congress." See, *Planned Parenthood, supra* at 454.

[5] While plaintiff averred in its Complaint that it first participated in the CFC in 1992, upon further review of its records, it appears that it first participated in the CFC in 1991. See, exhibit 1 to Jane Fraser's Declaration.

revenues SFA received from donations from individuals and other non-governmental sources in 2006 exceeded twenty percent (20%), which satisfies Section 950.405 of the 1984 CFC regulations. As noted, Congress mandated in the Act that the eligibility criteria of the 1984 CFC regulations remain unchanged.

Therefore, SFA qualifies for inclusion in the 2007 CFC.

## D. DEFENDANT'S ASSERTION THAT ONLY PUBLIC CHARITIES SHOULD BE INCLUDED IN THE CFC IS WITHOUT SUPPORT IN FACT OR LAW

Notwithstanding that the 2006 Regulation plainly violates the Act, OPM, nonetheless, argues that the CFC would be best served by limiting participation in the CFC to public charities. No rationale for this belief is set forth other than the unsupported assertion that "public charities, because of the funding received from the general public, have a high degree of public oversight and accountability." See, OPM Memorandum at 9, f.n. 2.

OPM also argues that private foundations are not subject to the level of public oversight and accountability as are public charities "as a result of the inherent interest and demand for accountability on the part of the public that supports public charities."  See, OPM Memorandum at 5.

Both of these assertions are merely the opinions of OPM in regard to "public policy." The law of this case is the Act which, as noted, clearly expressed the intent of Congress not to limit participation in the CFC to public charities. Moreover, in addition to being irrelevant, these assertions are erroneous.

OPM mistakenly assumes that all private foundations, including private operating foundations ("POFs")  such as SFA, operate and are funded alike, i.e., they are funded almost exclusively through investment income from endowments and receive few if any donations from the public.  As noted in SFA's Motion, contributions to POFs are subject to the same favorable

percentage limits as are contributions to public charities under Code sec. 170. As a result, SFA

annually receives contributions from more than 1000 individuals and non-governmental sources,

most of whom do not make their contributions through the CFC. Declaration of Jane Fraser, ¶ 6.

SFA, therefore,  is no different that a public charity that raises funds from a similar number of

donors.

Furthermore, OPM ignores that Code sec. 6104 requires *all* Code sec. 501(c)(3)

organizations, whether public charities, POFs like SFA, or non-operating private foundations to

make available to the public, their applications for recognition of exemption submitted on IRS

Form 1023 and their information returns filed annually on IRS Forms 990 (in the case of public

charities) or 990-PF (in the case of POFs and private non-operating foundations). "That access,

combined with the availability of information returns on CD-ROM from the [IRS] and the

publication of information returns on Internet sites (e.g. www. Guidestar.org) will do a great deal

to increase access to exemption application and return information *and public accountability by*

*all types of tax-exempt organizations.*" (Emphasis added.) Frances R. Hill, Douglas M. Mancino,

*Taxation of Exempt Organizations* (2002) ¶33.05.

A private foundation must make available to the public its application for exemption on

Form 1023 and its Form 990-PF. All documents submitted in support of the application for

exemption and any correspondence received from the IRS in connection with the application

must be made available along with the Form 1023. Similarly, all schedules and attachments to

the organization's Form 990-PF, including schedules showing compensation of the

organization's employees and others, must be made available.

*Unlike public charities, private foundations also must disclose the parts of the Form 990-*

*PF that set forth the names and addresses of contributors to the foundation.* See, Treas. Reg. sec.

301.6104(d)-1(b)(4)(i) and (ii).[6] Thus, there is considerably more transparency in the case of the private foundation. The public readily can determine the identities of contributors to the private foundation. The public charity is permitted to preserve the anonymity of its donors.

SFA, like public charities, receives donations from more than a thousand individuals and non-governmental sources annually. See, Declaration of Jane Fraser ¶ 6. Donors who contribute to SFA, therefore,  have just as much "interest and demand for accountability" from SFA, as do donors who contribute to the American Red Cross, and have access to the same "public accountability" documents.

### E. CONCLUSION

For the reasons stated herein and in SFA's Motion, Defendant's motion for summary judgment should be denied and SFA's motion for summary judgment should be granted such that Defendant's decision to exclude SFA from the 2007 CFC should be immediately vacated.

July 20, 2007                                      Respectfully submitted,


_____/s/_____
MacKenzie Canter, III, (D.C. Bar #936146)


_____/s/_____
Mark Diskin (D.C. Bar # 334086)

---

[6] "(i) In general. Except as described in paragraph (b)(4)(ii) of this section, the term annual information return includes an exact copy of any return filed by a tax-exempt organization pursuant to section 6033...Each copy of a return must include all information furnished to the Internal Revenue Service on the return, as well as all schedules, attachments and supporting documents...

(ii) Exceptions. The term annual information return does not include Schedule A of Form 990-BL, Form 990-T, Exempt Organization Business Income Tax Return, Schedule K-1 of Form 1065 or Form 1120-POL, U.S. Income Tax Return For Certain Political Organizations...In the case of a tax-exempt organization *other than a private foundation*, the term annual information return does not include the name and address of any contributor to the organization." (Emphasis added.)

Copilevitz & Canter, LLC
1900 L Street, N.W., Suite 215
Washington, D.C. 20036
(202) 861-0740
(202) 331-9841 (facsimile)
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| ) | |
| STUTTERING FOUNDATION OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| ) | |
| -v- ) | Civil Action No. |
| ) | 1:07-cv-01249 |
| ) | (JDB) |
| ) | |
| LINDA M. SPRINGER ) | |
| in her official capacity as ) | |
| Director of the United States Office ) | |
| of Personnel Management ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

## SUPPLEMENTAL STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7(h), Plaintiff

Stuttering Foundation of America ("SFA") submits the following Supplemental Statement of

Material Facts Not In Dispute:

1. On or about February 14, 1991, when SFA was still known as "Speech Foundation of

America," SFA submitted to the United States Office of Personnel Management ("OPM") its

first application for national eligibility for the 1991 Combined Federal Campaign ("CFC"). In its

application, SFA certified, *inter alia,* that "the organization named in this application is

recognized by the Internal Revenue Service as tax-exempt under 26 U.S.C. 501(c)(3), is a

'private operating foundation' as defined in section 4942 (j)(3), and to which contributions are

tax deductible pursuant to 26 U.S.C. 170.  Copies of IRS determination letters dated February 4, 1954. and January 14, 1987, are attached as Attachment B. Also included in Attachment B is a copy of IRS letter dated September 29, 1988, approving certain grant making procedures and citing classification as a 'private operating foundation.' " SFA also attached to its application, Internal Revenue Service Form 990PF for 1989.  Declaration of Jane, ¶ 4.

2.  SFA was included on the national list of CFC organizations for the 1991 CFC and for every CFC thereafter through and including the 2006 CFC. Declaration of Jane, ¶ 5.

3.  The Internal Revenue Service recognizes SFA as a private operating foundation described in section 4942(j)(3) of the Internal Revenue Code. SFA's financial support is derived not only from investment income but also from broad public support in the United States and throughout the world. Each year, SFA receives contributions from hundreds of donors. For example, in 2000, SFA received donations from 1042 donors; in 2001, SFA received donations from 1156 donors;  in 2002, SFA received donations from 1212 donors; in 2003, SFA received donations from 1140 donors; in 2004, SFA received donations from 1118 donors; in 2005, SFA received donations from 1025 donors, and in 2006, SFA received donations from 1008 donors. More than eighty percent (80%) of the donors do not donate through the CFC.  Fraser Declaration ¶ 6.

7.  During the years 2000 – 2006,  the percentage of SFA's total revenues (which includes both investment income and donations from individuals and other non-governmental sources) derived from contributions from individuals and other non-governmental sources, regardless of whether donations *via* the CFC are included, exceeds twenty percent (20%). Fraser Declaration ¶ 7.

Respectfully submitted,

_____/s/_____
MacKenzie Canter, III, (D.C. Bar #936146)

_____/s/_____
Mark Diskin (D.C. Bar # 334086)
Copilevitz & Canter, LLC
1900 L Street, N.W., Suite 215
Washington, D.C. 20036
(202) 861-0740
(202) 331-9841 (facsimile)
Counsel for Plaintiff

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
                                    )
**STUTTERING FOUNDATION OF AMERICA** )
                                    )
              **Plaintiff,** )
                                    )
                                    )
                                    )
             **-v-** )       **Civil Action No.**
                                    )       **1:07-cv-01249**
                                    )       **(JDB)**
                                    )
**LINDA M. SPRINGER** )
**in her official capacity as** )
**Director of the United States Office** )
**of Personnel Management** )
                                    )
                                    )
             **Defendant.** )
                                    )
_____ )

## ORDER

This matter came before the Court upon the parties' cross motions for summary judgment; and

Upon consideration of the parties' memoranda of points and authorities in support of their respective motions, oral argument heard in open court, and the record in this case; and

It appearing to this Court that there is no issue of material fact precluding the issuance of summary judgment; and

This Court having concluded that section 618 of the Treasury, Postal Service, and General Government Appropriations Act for 1988 (Public Law No. 100-202, 101 Stat. 1329 *et seq.* the "Act") mandates that eligibility standards for the Combined Federal Campaign ("CFC")

remain the same as set forth in the 1984 CFC regulations; and

Further, this Court having concluded that Defendant's promulgation of that portion of the regulation codified at 5 C.F.R. §950.202(b), requiring eligible organizations for the CFC to be public charities under 26 U.S.C. §509(a), as a matter of law, violates the Act and, as a result, is unenforceable against Plaintiff, and

Further, this Court having concluded that Plaintiff is otherwise eligible to participate in the 2007 CFC;

It is this _____ day of July, 2007, hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is granted; and it is

**FURTHER DECLARED** that Defendant's promulgation of that portion of 5 C.F.R. §950.202(b), requiring organizations eligible for the CFC to be public charities, violates section 618 of the Act thereby rendering such regulation null and void and unenforceable; and it is

**FURTHER ORDERED** that Defendant's decision to exclude Plaintiff from the 2007 CFC shall be, and hereby is, **VACATED**; and it is

**FURTHER ORDERED** that Defendant is directed to include Stuttering Foundation of America in the 2007 CFC forthwith.

**SO ORDERED.**

_____
John D. Bates
United States District Judge

Copies to:

MacKenzie Canter, III
Mark Diskin
Copilevitz & Canter, LLC
1900 L Street, N.W.
Suite 215
Washington, D.C. 20036

John F. Henault
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STUTTERING FOUNDATION OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -v- | ) | |
| | ) | **Civil Action No.** |
| | ) | **1:07-cv-01249** |
| | ) | |
| **LINDA M. SPRINGER** | ) | |
| **in her official capacity as** | ) | |
| **Director of the United States Office** | ) | |
| **of Personnel Management** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DECLARATION OF JANE FRASER

Jane Fraser, being first duly sworn, deposes and states the following:

1. I am over the age of eighteen (18) years, am competent to testify as to the following facts, and have personal knowledge of the facts recited herein.

2. I am the president of Stuttering Foundation of America ("SFA"), a nonprofit, tax-exempt corporation dedicated to providing the best and most current information and assistance available to prevent and treat stuttering in young children, teenagers and adults. I have served as president of SFA since 1982.

3. SFA was incorporated on December 22, 1947 as the Speech Foundation of America. On or about September 13, 1991, SFA filed articles of amendment to its articles of incorporation

changing its name to "Stuttering Foundation of America." (See Exhibit 1 attached hereto.)

4. On or about February 14, 1991, when SFA was still known as "Speech Foundation of America," SFA submitted to the United States Office of Personnel Management ("OPM") its first application for national eligibility for the 1991 Combined Federal Campaign ("CFC") (See Exhibit 2 attached hereto.) In its application, SFA certified, *inter alia*, that "the organization named in this application is recognized by the Internal Revenue Service as tax-exempt under 26 U.S.C. 501(c)(3), is a 'private operating foundation' as defined in section 4942 (j)(3), and to which contributions are tax deductible pursuant to 26 U.S.C. 170. Copies of IRS determination letters dated February 4, 1954. and January 14, 1987, are attached as Attachment B. Also included in Attachment B is a copy of IRS letter dated September 29, 1988, approving certain grant making procedures and citing classification as a 'private operating foundation.'"

SFA also attached to its application, Internal Revenue Service Form 990 PF for 1989.

5. SFA was included on the national list of CFC organizations for the 1991 CFC and for every CFC thereafter through and including the 2006 CFC.

6. The Internal Revenue Service recognizes SFA as a private operating foundation described in section 4942(j)(3) of the Internal Revenue Code. SFA's financial support is derived not only from investment income but also from broad public support in the United States and throughout the world. Each year, SFA receives contributions from hundreds of donors. Attached as Exhibit 3 hereto is a listing of donors to SFA from 1991 to the present. Attached to Exhibit 3 is a table that summarizes the number of donors and the amount contributed to SFA between 2000 and 2006. For example, in 2000, SFA received donations from 1042 donors; in 2001, SFA received donations from 1156 donors; in 2002, SFA received donations from 1212 donors; in 2003, SFA received donations from 1140 donors; in 2004, SFA received donations from 1118

2

donors; in 2005, SFA received donations from 1025 donors, and in 2006, SFA received donations from 1008 donors. More than eighty percent (80%) of the donors do not donate through the CFC.

7. Attached hereto as Exhibit 4 is a table that summarizes: a) SFA's total revenues for the years 2000 – 2006 which includes investment income and donations from individuals and other non-governmental sources; b) total donations from individuals and other non-governmental sources for these years; and c) the percentage of SFA's revenues derived from contributions from individuals and other non-governmental sources. In each of these years, whether donations *via* the CFC are included or not, the percentage of SFA's total revenues for each of these years derived from contributions from individuals and other non-governmental sources exceeds twenty percent (20%).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _____20ᵗʰ_____ day of July, 2007.

Jane Praser

3

2265 0695

FILED

RECEIVED
STATE OF TENNESSEE
91 SEP 13 AM 9:56
BRYANT MILLSAPS
SECRETARY OF STATE

CK 7235

ARTICLES OF AMENDMENT
TO CHARTER OF
SPEECH FOUNDATION OF AMERICA

Pursuant to the provisions of Section 48-60-105 of the

Tennessee Nonprofit Corporation Act, the undersigned

corporation certifies as follows:


1.    The name of the corporation is:


SPEECH FOUNDATION OF AMERICA


2.    The text of each amendment adopted is:


This corporation's charter is amended by deleting

Article I of Part I of the charter in its entirety

and substituting in the place thereof the Article I

set forth below, and by adding new Article IX and

Article X, as set forth below, to the end of Part I

of the charter:


ARTICLE I

NAME


The name of the corporation will be Stuttering

Foundation of America.


**Exhibit 1**

RECEIVED
STATE OF TENNESSEE

91 SEP 13 AM 9: 54

BRYANT MILLER
SECRETARY OF STATE

CK 7235

## ARTICLE IX

### LIMITATION OF DIRECTOR LIABILITY

A director of the corporation shall not be personally liable to the corporation or its members for monetary damages for breach of fiduciary duty as a director, except for liability (i) for any breach of the director's duty of loyalty to the corporation or its members; (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law; or (iii) under Section 48-58-304 of the Tennessee Nonprofit Corporation Act. If the Tennessee Nonprofit Corporation Act is amended after the filing of these Articles of Amendment to authorize corporate action further eliminating or limiting the personal liabilities of directors, then the liability of a director of the corporation shall be eliminated or limited to the fullest extent permitted by the Tennessee Nonprofit Corporation Act, as so amended. Nothing herein is intended to alter or in any way affect the immunity from suit provided directors under Section 48-58-601 of the Tennessee Nonprofit Corporation Act.

Any repeal or modification of the foregoing paragraph by the members of the corporation shall

-2-

CK 7235

RECEIVED

91 SEP 13 AM 9:15

SECRETARY OF STATE

shall adversely affect any right or protection of a

person to indemnification by the corporation existing at the time of

such repeal or modification.

## ARTICLE X

### INDEMNIFICATION

The corporation shall, to the fullest extent
permitted by the Tennessee Nonprofit Corporation
Act, indemnify all persons whom it may indemnify
pursuant·thereto.

Any repeal or modification of the foregoing '
paragraph by the members of the corporation shall
not adversely affect any right or protection of any
person to indemnification by the corporation
existing at the time of such repeal or
modification.

3.    The amendments were duly adopted by unanimous
written consent of the members of the corporation
effective as of the _1st_ day of _August_ ,
1991.

4.    Additional approval for the amendments (as
permitted by Section 48-60-301 of the Tennessee
Nonprofit Corporation Act) was not required.

-3-

2265  0698

RECEIVED
STATE OF TENNESSEE

Dated: _____

BRYANT MILLSAPS
SECRETARY OF STATE

CK 7235

SPEECH FOUNDATION OF AMERICA

BY: _____

TITLE: ____President____
            MEMBER

-4-

COMBINED FEDERAL CAMPAIGN
APPLICATION FOR NATIONAL ELIGIBILITY
FOR
SPEECH FOUNDATION OF AMERICA

## NATIONAL ELIGIBILITY REQUIREMENTS

1) I certify that the organization named in this application provided or conducted real services, benefits, assistance, or program activities, in 15 or more different states over the three year period immediately preceding January 1, 1991, as well as in a number of foreign countries. Attachment A indicates the states and countries where program activities have been conducted and describes the programs.

_____
Certifying Official's Signature

2) I certify that the organization named in this application is recognized by the Internal Revenue Service as tax-exempt under 26 U.S.C. 501(c)(3), is a "private operating foundation" as defined in section 4942(j)(3), and to which contributions are tax deductible pursuant to 26 U.S.C. 170. Copies of IRS determination letters dated February 4, 1954, and January 14, 1987, are attached as Attachment B. Also included in Attachment B is a copy of IRS letter dated September 29, 1988, approving certain grant making procedures and citing classification as a "private operating foundation."

_____
Certifying Official's Signature

3) I certify that the organization named in this application does not engage in lobbying nor does it attempt to influence voting or legislation at the local, State or Federal level.

_____
Certifying Official's Signature

**Exhibit 2**

-2-

## PUBLIC ACCOUNTABILITY STANDARDS

1) I certify that the organization named in the application accounts for its funds in accordance with generally accepted accounting principles (GAAP) and was audited in accordance with generally accepted auditing principles by an independent certified public accountant for 1989. An audit is being conducted for the calendar year 1990 by Ernst & Young, but the report has not been completed. A copy of the audit for calendar year 1989 is enclosed as Attachment C.

_____
Certifying Official's Signature

2) I certify that the organization named in this application is directed by an active and responsive governing body whose members have no material conflict of interest and a majority of which serve without compensation. Attachment D lists the names and addresses of the organization's Board of Directors and describes each Director's participation in the conduct of the organization's affairs.

_____
Certifying Official's Signature

3) I certify that the organization named in this application in the immediately preceding year has spent less than 25% of its total support and revenue on administrative and fund-raising expenses. The actual percentage of administrative and fund-raising expenses is less than 10%.

Since the audited financial report does not speak to "administrative" expenses, Attachment E is included to provide information in support of the conclusion that administrative expenses are less than 10%. Fund raising activities are limited to advising people of deductibility of contributions, so fund raising expenses incurred are negligible.

_____
Certifying Official's Signature

4) I certify that the organization named in this application will protect against unauthorized use of its CFC contributor lists, permits no general telephone solicitation of the public, permits no payment of commissions, finders fees, percentages, bonuses or similar practices in connection with its fund-raising practices.

_____
Certifying Official's Signature

-3-

5) I certify that the organization named in this application conducts publicity and promotional activities based upon its actual program and operations, that these activities are truthful and non-deceptive, include all material facts, and make no exaggerated or misleading claims.

_____
Certifying Official's Signature

6) I certify that the organization named in this application is a human health and welfare organization which provides services, benefits or assistance to, or conducts activities affecting human health and welfare. Attachment F documents those human health and welfare benefits.

_____
Certifying Official's Signature

7) I certify that the organization named in this application will effectively use any funds contributed by Federal personnel for its announced purposes.

_____
Certifying Official's Signature

8) I certify that the organization named in this application is incorporated under a governmental entity. This entity or State is the State of Tennessee.

_____
Certifying Official's Signature

9) I certify that the organization named in this application has in the preceding year received 100 percent of its total support and revenue from sources other than the Federal Government.

_____
Certifying Official's Signature

10) I certify that the organization named in this application prepares and makes available to the public an annual report that includes a full description of the organization's activities and supporting services and identifies its directors and chief administrative personnel. (The annual report of the President is included in each form 990PF filed with the IRS and is available as part of the 990PF to any member of the public.) The annual report for 1989 is included as a of the 990PF for 1989, Attachment I noted below. The annual report for 1990 is included as Attachment G.

_____
Certifying Official's Signature

-4-

11) A statement for listing in the campaign brochure is enclosed as Attachment H.

12) IRS form 990PF for 1989 is enclosed as Attachment I.   This is the most recent year available since the report for 1990 has not been completed pending completion of the annual audit.

## Attachment A

### COMBINED FEDERAL CAMPAIGN
### APPLICATION FOR NATIONAL ELIGIBILITY
### FOR
### SPEECH FOUNDATION OF AMERICA

There are an estimated 3 million people in the United States who stutter. The Speech Foundation's public information and educational materials regarding prevention and treatment of stuttering reached millions of stutterers and their families in all 50 states in each of the last three years.  Our toll-free 800 hotline for stutterers received over 20,000 calls during 1990 from all over the country, and we maintain a resource list for all 50 states of speech pathologists who specialize in the treatment and prevention of stuttering.  In addition, our published materials were sent to some 50 foreign countries in 1990, as listed on the attached sheet.

## Attachment D

### COMBINED FEDERAL CAMPAIGN
### APPLICATION FOR NATIONAL ELIGIBILITY
### FOR
### SPEECH FOUNDATION OF AMERICA

Names, addresses and participation of Board of Directors:

(1) <u>Malcolm Fraser, 177 N. Highland, Memphis, Tenn. 38111</u>:

Mr. Fraser, a stutterer himself, founded the Speech Foundation of America in 1947, and led its activities until 1982. He is the author of <u>Self-Therapy for the Stutterer</u>. Over 500,000 copies of this book have been distributed since 1978. Mr. Fraser wrote the seventh edition of the book in 1990. He continues to be active in operations of the Foundation on a day to day basis.

(2) <u>Jane Fraser, 5139 Klingle St. NW, Washington, D.C. 20016</u>:

Ms. Fraser assumed the Presidency of the Foundation in 1982 from her father, Malcolm Fraser, and is the only member of the Board of Directors who is a full-time employee. Ms. Fraser has edited several of the books, organizes conferences, and produces public service advertisements, brochures and press releases with input from other directors.

(3) <u>James Spurlock, 2721 Franklin Court, Alexandria, VA. 22302</u>:

Mr. Spurlock, a Federal Government employee in the Federal Communications Commission, is a stutterer himself and, as such, provides personal insight to the problem. Mr. Spurlock, whose employment positions utilize his writing abilities, helps Ms. Fraser in preparation of public information releases and in is regular communication with her on all operations.

(4) <u>Joe R. G. Fulcher, 1100 Alvarado Dr. SE, Albuquerque, NM 87108</u>:

Mr. Fulcher has been employed by charitable organizations in executive and administrative positions for over 30 years and has been a Director and Vice President of the Speech Foundation since 1984. Mr. Fulcher is presently devoting over twenty-five percent of his time on assisting in various activities of the Speech Foundation, mostly administrative matters, without compensation.

(5) <u>Mrs. Mary Ottensmeyer, 71 Sycamore Rd., West Hartford, CT 06117</u>:

Mrs. Ottensmeyer, wife of a prominent physician/executive, helps provide liaison with members of the medical profession, particularly pediatricians.

-2-

(6) <u>Donald Lineback, 15 Cherokee Dr., Memphis, TN 38111</u>:

Mr. Lineback directs fund-raising activities for a private college. He provides advice to Ms. Fraser and the Board of Directors of the Speech Foundation on development and fund raising activities.

(7) <u>Donald Edwards, 1912 Peabody, Memphis, TN 38104</u>:

Mr. Edwards is the Treasurer of the Foundation and is compensated on a part-time basis for keeping the accounting records, preparing tax returns, etc.

(8) <u>Joseph Walker, Esq., 1900 One Commerce Sq., Memphis, TN. 38103</u>:

Mr. Walker, legal counsel for the Foundation, serves as Secretary of the Board of Directors, and keeps corporate records on behalf of the Foundation. Mr. Walker is paid for legal services, but is not paid for his activities as a member of the Board of Directors.

(9) <u>Jean F. R. Gruss, 5139 Klingle St. NW, Washington, D.C. 20016</u>:

Mr. Gruss, who has recently completed graduate studies in journalism, is presently working to begin publication of a quarterly news letter regarding Foundation activities to be sent to the interested public and professional speech pathologists. Mr. Gruss is not compensated by the Foundation for this work or his activities as a Director.

(10) <u>James Garrison, 9 West Point, Huber Springs, Ark., 72543</u>:

Mr. Garrison, a long time business associate of Mr. Fraser, has served on the Board of Directors since organization of the Foundation. He provides business advice to the Foundation and located the printer in Memphis that presently provides all printing services at very reasonable rates.

(11) <u>Hubert McBride, 1900 One Commerce Square, Memphis, TN 38103</u>:
Mr. McBride, a prominent attorney in Memphis, originally assisted Mr. Fraser in organizing the Foundation. Mr. McBride is now retired but has continued as an "emeritus" member of the Board of Directors and attends meetings in Memphis.

<u>Note</u>: None of the Directors except Ms. Fraser (full-time as President) and Mr. Edwards (part-time as Treasurer) are compensated for their services as members of the Board of Directors of the Foundation.

Attachment E

COMBINED FEDERAL CAMPAIGN
APPLICATION FOR NATIONAL ELIGIBILITY
FOR
SPEECH FOUNDATION OF AMERICA

Explanation of computation of administrative expenses:

The audited financial reports of the Speech Foundation, Attachment C to this application, show all the expenses of the Foundation as "program expenses." This presentation is shown because the Foundation does not, in fact, incur administrative expenses which are not largely attributable to program services. For example, all of the employees are involved with either the production or distribution of publications and information, with the exception of the Treasurer.

The following expenses could be segregated as "administrative expenses" not directly related to exempt activities:

| | |
|---|---:|
| Treasurer's salary, fringe benefits, payroll tax - | $13.073.75 |
| Legal and accounting fees | 4,377.25 |
| Insurance | 6,562.00 |
| Investment fees | 2,123.17 |
| Excise and sales taxes | 6,040.42 |
| Bank charges | 46.93 |
| Depreciation of rental property | 934.32 |
| Total | $33,157.84 |

This amount is less than 10% of the 1989 audited expenses. Other expenses which might appear to be "administrative" and comments thereon follow:

Advertising and promotion of availability of publications on stuttering in professional journals such as "Pediatrics Journal" and the magazine of the American Speech Language Hearing Association. This advertising "promotes" distribution of helpful information.

Computer expense is for creation and distribution of information, not for administrative operations.

Telephone expense is mostly availability of the 800 toll-free stutterers hot line. Administrative use is very, very small.

Stationery and supplies and Postage is almost all for distribution of information. There is little "administrative" correspondence.

Rent is for space in Memphis where books are stored and shipped.

## Attachment F

### COMBINED FEDERAL CAMPAIGN
### APPLICATION FOR NATIONAL ELIGIBILITY
### FOR
### SPEECH FOUNDATION OF AMERICA

Stuttering, a complex disorder, is devastating to those who are afflicted by it. Twenty-five percent of all children go through a stage of development during which they stutter. One of the goals of programs and publications of the Speech Foundation of America is the prevention of stuttering in young children.

Another goal of programs and publications is to improve treatment of stuttering in teen-agers and adults. SFA publishes fourteen books and seven informational brochures on stuttering. Of the fourteen books, seven are written for the general public giving practical advice on how to prevent, cope with and overcome stuttering. Seven are written for use of speech pathologists in their clinical practice. All fourteen books are used in many university training programs both in this country and abroad.

If Your Child Stutters: A Guide for Parents and Stuttering and Your Child: Questions and Answers provide concrete and practical advice to parents on how to prevent stuttering. These two books may be used in conjunction with speech therapy but also stand on their own when parents cannot find or cannot afford the services of a Speech Pathologist for their child.

Self Therapy for the Stutterer is a complete therapy program for adults. Many speech pathologists use it in conjunction with therapy, but it can be used alone by those stutterers who prefer to be their own therapists, by those who cannot afford therapy, and by those who live in isolated areas where there is no specialist in stuttering.

A copy of the list of services of provided by the Speech Foundation which is sent to those who write or call requesting information is included as a part of Attachment F. Copies of the three books mentioned above are enclosed as well as copies of the free informative brochures. A charge is made for the books to avoid them being treated as "give-away, throw-away" material, but the cost is less than the printing cost and in most cases is even less than the present postage cost at book rate.

Attachment H

COMBINED FEDERAL CAMPAIGN
APPLICATION FOR NATIONAL ELIGIBILITY
FOR
SPEECH FOUNDATION OF AMERICA


Speech Foundation of America provides comprehensive up-to-date information and resource services to stutterers and their families on prevention and treatment of stuttering.    Less than 10% of revenue for administation and fund raising. Stutterers toll-free "hot-line" 1-800-992-9392, in D.C. 202-363-3199.

COMBINED FEDERAL CAMPAIGN
APPLICATION FOR NATIONAL ELIGIBILITY

Organization:       Speech Foundation of America

Address:            5139 Klingle St. NW
                    Washington, D.C. 20016

Memphis address:    P.O. Box 11749
                    Memphis, TN 38111

Contact person:     Jane Fraser, President

Address:            5139 Klingle St. NW
                    Washington, D.C. 20016

Telephone:          202-363-3199


I, Jane Fraser, am the duly appointed representative of Speech
Foundation of America authorized to certify all statements enclosed
in this application.

Jane Fraser, President

Attest:
Joe R. G. Fulcher
Vice President and Assistant Secretary

Date completed: February 14, 1991

## Stuttering Foundation of America

| YEAR | # OF DONORS | DONATIONS |
|------|-------------|-----------|
| 2000 | 1042 | $310,679.47 |
| 2001 | 1156 | $259,562.92 |
| 2002 | 1212 | $235,426.42 |
| 2003 | 1140 | $279,090.12 |
| 2004 | 1118 | $281,684.68 |
| 2005 | 1025 | $291,643.99 |
| 2006 | 1008 | $451,975.46 |
| 2007 | 570 | $70,538.94 |

**Exhibit 3**

| Year | State | Count | Amount |
|------|-------|------:|-------:|
| 1991 |    |  2 | $34.00 |
| 1991 | AE |  1 | $25.00 |
| 1991 | AK |  1 | $25.00 |
| 1991 | AP |  1 | $35.00 |
| 1991 | AR |  1 | $50.00 |
| 1991 | AZ |  2 | $35.00 |
| 1991 | CA | 24 | $786.50 |
| 1991 | CO |  4 | $48.00 |
| 1991 | CT |  2 | $65.00 |
| 1991 | FL |  8 | $155.00 |
| 1991 | GA |  4 | $48.00 |
| 1991 | HI |  2 | $15.00 |
| 1991 | IA |  3 | $2,068.00 |
| 1991 | IL |  6 | $145.00 |
| 1991 | IN |  2 | $14.00 |
| 1991 | KS |  1 | $10.00 |
| 1991 | KY |  1 | $10.00 |
| 1991 | LA |  3 | $35.00 |
| 1991 | MA |  8 | $10,111.00 |
| 1991 | MD |  5 | $51.00 |
| 1991 | ME |  1 | $75.00 |
| 1991 | MI |  8 | $174.00 |
| 1991 | MN |  4 | $30.00 |
| 1991 | NC |  7 | $127.00 |
| 1991 | NJ |  6 | $687.00 |
| 1991 | NV |  1 | $25.00 |
| 1991 | NY | 15 | $1,431.50 |
| 1991 | OH |  9 | $165.00 |
| 1991 | OK |  1 | $7.00 |
| 1991 | OR |  2 | $30.00 |
| 1991 | PA | 11 | $25,114.00 |
| 1991 | SC |  1 | $5.00 |
| 1991 | TN |  2 | $45.00 |
| 1991 | TX |  7 | $106.00 |
| 1991 | UT |  1 | $100.00 |
| 1991 | VA |  2 | $75.00 |
| 1991 | VT |  1 | $50.00 |
| 1991 | WA |  1 | $7.00 |
| 1991 | WI |  4 | $34.00 |
| 1991 Canada |  | 1 | $20.00 |

**TOTAL**                166    $42,073.00

| Year | Location | Count | Amount |
|------|----------|-------|--------|
| 1992 |    | 1 | $50.00 |
| 1992 | AE | 1 | $5.00 |
| 1992 | AK | 1 | $28.00 |
| 1992 | AL | 1 | $5.00 |
| 1992 | AR | 6 | $255.00 |
| 1992 | AZ | 4 | $99.00 |
| 1992 | CA | 47 | $1,333.25 |
| 1992 | CO | 2 | $46.00 |
| 1992 | CT | 3 | $209.15 |
| 1992 | DC | 1 | $25.00 |
| 1992 | FL | 15 | $2,037.14 |
| 1992 | GA | 5 | $1,553.00 |
| 1992 | HI | 2 | $30.00 |
| 1992 | IA | 3 | $100.00 |
| 1992 | ID | 1 | $5.00 |
| 1992 | IL | 16 | $327.60 |
| 1992 | IN | 4 | $67.00 |
| 1992 | KS | 2 | $33.00 |
| 1992 | KY | 2 | $120.00 |
| 1992 | LA | 5 | $85.00 |
| 1992 | MA | 13 | $20,561.50 |
| 1992 | MD | 3 | $100.00 |
| 1992 | ME | 1 | $15.00 |
| 1992 | MI | 7 | $374.00 |
| 1992 | MN | 6 | $193.00 |
| 1992 | MO | 2 | $70.00 |
| 1992 | MS | 3 | $325.00 |
| 1992 | NC | 13 | $216.00 |
| 1992 | ND | 1 | $6.00 |
| 1992 | NH | 2 | $35.00 |
| 1992 | NJ | 10 | $646.00 |
| 1992 | NM | 5 | $716.00 |
| 1992 | NY | 32 | $795.00 |
| 1992 | OH | 11 | $628.00 |
| 1992 | OR | 4 | $80.00 |
| 1992 | PA | 11 | $187.95 |
| 1992 | SC | 5 | $235.00 |
| 1992 | TN | 20 | $739.00 |
| 1992 | TX | 17 | $996.00 |
| 1992 | VA | 4 | $59.75 |
| 1992 | VT | 2 | $41.00 |
| 1992 | WA | 2 | $15.00 |
| 1992 | WI | 3 | $130.00 |
| 1992 | WV | 1 | $10.00 |
| 1992 | Canada | 3 | $24.00 |
| 1992 | Iceland | 1 | $50.00 |
| 1992 | Italy | 1 | $60.00 |
| 1992 | Japan | 1 | $10.00 |
| 1992 | Pakistan | 1 | $100.00 |
| 1992 | Switzerland | 1 | $10.00 |

**TOTAL**                     **308**   **$33,841.34**

| Year | Location | Count | Amount |
|------|----------|------:|-------:|
| 1993 |          | 1     |        |
| 1993 | AE       | 1     | $25.00 |
| 1993 | AK       | 3     | $270.00 |
| 1993 | AL       | 7     | $39.00 |
| 1993 | AR       | 8     | $278.00 |
| 1993 | AZ       | 6     | $174.50 |
| 1993 | CA       | 56    | $7,265.29 |
| 1993 | CO       | 5     | $275.25 |
| 1993 | CT       | 10    | $585.00 |
| 1993 | DC       | 3     | $5.00 |
| 1993 | DE       | 3     | $122.00 |
| 1993 | FL       | 33    | $2,273.00 |
| 1993 | GA       | 14    | $6,641.70 |
| 1993 | HI       | 4     | $32.00 |
| 1993 | IA       | 5     | $150.00 |
| 1993 | IL       | 23    | $1,348.25 |
| 1993 | IN       | 7     | $51.50 |
| 1993 | KS       | 5     | $58.00 |
| 1993 | KY       | 4     | $60.00 |
| 1993 | LA       | 4     | $365.00 |
| 1993 | MA       | 22    | $1,057.00 |
| 1993 | MD       | 25    | $609.00 |
| 1993 | ME       | 2     | $115.25 |
| 1993 | MI       | 12    | $205.00 |
| 1993 | MN       | 8     | $273.00 |
| 1993 | MO       | 4     | $41.00 |
| 1993 | MS       | 5     | $164.00 |
| 1993 | NC       | 13    | $693.00 |
| 1993 | ND       | 2     | $22.00 |
| 1993 | NE       | 1     | $25.00 |
| 1993 | NH       | 1     |        |
| 1993 | NJ       | 20    | $866.00 |
| 1993 | NM       | 3     | $40.00 |
| 1993 | NY       | 48    | $47,237.25 |
| 1993 | OH       | 12    | $152.00 |
| 1993 | OK       | 6     | $60.75 |
| 1993 | OR       | 6     | $114.00 |
| 1993 | PA       | 20    | $190.00 |
| 1993 | RI       | 3     | $75.00 |
| 1993 | SC       | 4     | $145.00 |
| 1993 | TN       | 11    | $392.00 |
| 1993 | TX       | 31    | $708.00 |
| 1993 | UT       | 3     | $3.00 |
| 1993 | VA       | 24    | $226.00 |
| 1993 | VT       | 4     | $67.00 |
| 1993 | WA       | 12    | $246.50 |
| 1993 | WI       | 11    | $260.00 |
| 1993 | WV       | 2     | $10.00 |
| 1993 | Canada   | 4     | $51.00 |
| 1993 | Italy    | 1     | $200.00 |
| 1993 | Pakistan | 1     | $50.00 |
| 1993 | Saudi Arabia | 1 | $150.00 |
| 1993 | Spain    | 2     | $60.00 |

| TOTAL | | 526 | 74526.24 |

| | | | |
|---|---|---|---|
| 1994 | | 3 | $24.00 |
| 1994 | AE | 5 | $32.00 |
| 1994 | AK | 2 | $200.00 |
| 1994 | AL | 10 | $251.00 |
| 1994 | AP | 3 | |
| 1994 | AR | 6 | $350.00 |
| 1994 | AZ | 4 | $212.00 |
| 1994 | CA | 74 | $3,278.00 |
| 1994 | CO | 4 | $255.00 |
| 1994 | CT | 14 | $995.75 |
| 1994 | DC | 4 | $40.00 |
| 1994 | DE | 4 | $116.00 |
| 1994 | FL | 41 | $3,951.75 |
| 1994 | GA | 21 | $16,375.00 |
| 1994 | HI | 2 | $56.25 |
| 1994 | IA | 11 | $250.85 |
| 1994 | ID | 1 | |
| 1994 | IL | 25 | $1,291.85 |
| 1994 | IN | 8 | $117.90 |
| 1994 | KS | 6 | $193.25 |
| 1994 | KY | 10 | $220.00 |
| 1994 | LA | 10 | $206.65 |
| 1994 | MA | 17 | $20,410.25 |
| 1994 | MD | 25 | $449.00 |
| 1994 | ME | 4 | $134.35 |
| 1994 | MI | 16 | $445.00 |
| 1994 | MN | 5 | $53.00 |
| 1994 | MO | 5 | $66.00 |
| 1994 | MS | 9 | $320.00 |
| 1994 | NC | 11 | $184.00 |
| 1994 | ND | 1 | |
| 1994 | NE | 2 | $42.00 |
| 1994 | NH | 4 | $25.00 |
| 1994 | NJ | 24 | $1,004.25 |
| 1994 | NM | 5 | $1,160.00 |
| 1994 | NV | 3 | $30.00 |
| 1994 | NY | 48 | $2,514.50 |
| 1994 | OH | 17 | $192.60 |
| 1994 | OK | 5 | $331.00 |
| 1994 | OR | 4 | $140.00 |
| 1994 | PA | 23 | $238.00 |
| 1994 | SC | 6 | $374.00 |
| 1994 | TN | 29 | $4,037.63 |
| 1994 | TX | 38 | $1,522.49 |
| 1994 | UT | 3 | $15.00 |
| 1994 | VA | 33 | $724.00 |
| 1994 | VT | 3 | $443.57 |
| 1994 | WA | 7 | $30.00 |
| 1994 | WI | 11 | $1,085.50 |
| 1994 | WV | 2 | $13.00 |
| 1994 Canada | | 4 | $96.00 |
| 1994 Canada | NS | 1 | $10.00 |
| 1994 Denmark | | 1 | $25.00 |
| 1994 France | | 1 | $32.00 |
| 1994 Germany | | 1 | $3.00 |
| 1994 Greece | | 1 | $25.00 |
| 1994 Israel | | 1 | $25.00 |

```
         1994 Italy                1        $120.00
         1994 Japan                3         $56.00
         1994 Malta                1         $20.00
         1994 Spain                1        $100.00
         1994 Sweden               1         $10.00
         1994 Taiwan R.O.C.        1         $20.00
```

**TOTAL**                       **646**    **$64,943.39**

| Year | State/Country | Count | Amount |
|------|------|------|------|
| 1995 |    | 2  | $20.00 |
| 1995 | AA | 2  |  |
| 1995 | AE | 6  |  |
| 1995 | AK | 4  | $150.00 |
| 1995 | AL | 9  | $156.00 |
| 1995 | AP | 6  |  |
| 1995 | AR | 7  | $480.00 |
| 1995 | AZ | 6  | $135.00 |
| 1995 | CA | 97 | $3,522.00 |
| 1995 | CO | 4  | $154.00 |
| 1995 | CT | 16 | $902.00 |
| 1995 | DC | 3  | $500.00 |
| 1995 | DE | 4  | $30.00 |
| 1995 | FL | 51 | $4,801.41 |
| 1995 | GA | 25 | $90,313.75 |
| 1995 | GU | 1  | $50.00 |
| 1995 | HI | 10 | $100.00 |
| 1995 | IA | 5  | $235.00 |
| 1995 | IL | 35 | $2,308.00 |
| 1995 | IN | 5  | $115.00 |
| 1995 | KS | 7  | $425.00 |
| 1995 | KY | 9  | $303.00 |
| 1995 | LA | 14 | $125.00 |
| 1995 | MA | 31 | $21,019.50 |
| 1995 | MD | 34 | $776.75 |
| 1995 | ME | 3  | $155.00 |
| 1995 | MI | 16 | $504.00 |
| 1995 | MN | 12 | $346.00 |
| 1995 | MO | 12 | $480.00 |
| 1995 | MS | 8  | $229.00 |
| 1995 | NC | 16 | $128.15 |
| 1995 | NE | 3  | $45.00 |
| 1995 | NH | 4  | $37.00 |
| 1995 | NJ | 35 | $1,509.00 |
| 1995 | NM | 2  | $60.00 |
| 1995 | NV | 2  | $50.00 |
| 1995 | NY | 63 | $3,187.25 |
| 1995 | OH | 32 | $951.05 |
| 1995 | OK | 4  | $80.00 |
| 1995 | OR | 3  | $17.00 |
| 1995 | PA | 24 | $630.25 |
| 1995 | PR | 1  | $20.00 |
| 1995 | RI | 4  | $115.00 |
| 1995 | SC | 10 | $270.00 |
| 1995 | SD | 1  | $20.00 |
| 1995 | TN | 19 | $1,648.50 |
| 1995 | TX | 36 | $1,303.75 |
| 1995 | UT | 1  | $19.25 |
| 1995 | VA | 39 | $625.05 |
| 1995 | VT | 3  | $40.00 |
| 1995 | WA | 22 | $387.00 |
| 1995 | WI | 15 | $616.75 |
| 1995 | WY | 2  |  |
| 1995 Canada |    | 5 | $135.00 |
| 1995 Germany |   | 1 | $78.00 |
| 1995 Greece |    | 1 | $20.00 |
| 1995 Iceland |   | 1 | $47.76 |

| | | |
|---|---|---|
| 1995 Japan | 4 | $155.00 |
| 1995 Malawi | 1 | $25.00 |
| 1995 Netherlands | 1 | $200.00 |
| 1995 Saudi Arabia | 1 | $100.00 |
| 1995 Sweden | 1 | $5.00 |
| 1995 Taiwan R.O.C. | 1 | $10.00 |
| 1995 United Kingdom | 1 | $10.00 |
| **TOTAL** | **803** | **$140,881.17** |

| Year | Location | Count | Amount |
|---|---|---|---|
| 1996 | | 6 | $70.00 |
| 1996 | AE | 10 | |
| 1996 | AK | 2 | $100.00 |
| 1996 | AL | 6 | $91.00 |
| 1996 | AP | 8 | $50.00 |
| 1996 | AR | 7 | $455.00 |
| 1996 | AZ | 17 | $268.00 |
| 1996 | CA | 122 | $4,512.80 |
| 1996 | CO | 8 | $452.00 |
| 1996 | CT | 23 | $1,849.00 |
| 1996 | DC | 5 | $500.00 |
| 1996 | DE | 8 | $204.00 |
| 1996 | FL | 48 | $1,942.00 |
| 1996 | GA | 25 | $88,448.00 |
| 1996 | GU | 1 | $50.00 |
| 1996 | HI | 8 | $125.00 |
| 1996 | IA | 2 | $85.00 |
| 1996 | ID | 1 | $15.00 |
| 1996 | IL | 36 | $1,566.00 |
| 1996 | IN | 8 | $245.00 |
| 1996 | KS | 7 | $480.00 |
| 1996 | KY | 10 | $263.00 |
| 1996 | LA | 14 | $310.00 |
| 1996 | MA | 35 | $11,557.00 |
| 1996 | MD | 38 | $1,523.00 |
| 1996 | ME | 9 | $606.00 |
| 1996 | MI | 26 | $997.25 |
| 1996 | MN | 10 | $12,015.00 |
| 1996 | MO | 10 | $336.00 |
| 1996 | MS | 9 | $255.00 |
| 1996 | NC | 13 | $508.00 |
| 1996 | ND | 3 | $30.00 |
| 1996 | NE | 2 | $200.00 |
| 1996 | NH | 5 | $80.00 |
| 1996 | NJ | 37 | $1,110.00 |
| 1996 | NM | 3 | $150.00 |
| 1996 | NV | 3 | |
| 1996 | NY | 86 | $5,429.00 |
| 1996 | OH | 32 | $672.00 |
| 1996 | OK | 8 | $184.00 |
| 1996 | OR | 7 | $142.00 |
| 1996 | PA | 40 | $3,608.00 |
| 1996 | PR | 2 | $100.00 |
| 1996 | RI | 6 | $170.00 |
| 1996 | SC | 16 | $1,081.00 |
| 1996 | SD | 2 | $35.00 |
| 1996 | TN | 28 | $24,847.58 |
| 1996 | TX | 51 | $3,000.00 |
| 1996 | UT | 4 | $30.00 |
| 1996 | VA | 33 | $425.00 |
| 1996 | VT | 3 | $80.00 |
| 1996 | WA | 15 | $530.99 |
| 1996 | WI | 22 | $1,125.00 |
| 1996 | WV | 2 | $50.00 |
| 1996 | Argentina | 1 | $50.00 |
| 1996 | Australia | 1 | $100.00 |
| 1996 | Brazil | 1 | $10.00 |

| | | |
|---|---|---|
| 1996 Canada | 10 | $285.00 |
| 1996 Canada    NS | 1 | $75.00 |
| 1996 Costa Rica | 1 | $25.00 |
| 1996 France | 1 | $200.00 |
| 1996 Germany | 1 | $92.00 |
| 1996 Greece | 1 | $50.00 |
| 1996 Japan | 4 | $155.00 |
| 1996 Korea | 1 | $100.00 |
| 1996 Malawi | 1 | $50.00 |
| 1996 Saudi Arabia | 1 | $100.00 |
| 1996 Switzerland | 2 | $125.00 |

**TOTAL**                          **969**    **$174,374.62**

| Year | Location | Count | Amount |
|------|----------|-------|--------|
| 1997 |    | 1 |    |
| 1997 | AA | 1 |    |
| 1997 | AE | 9 |    |
| 1997 | AK | 1 |    |
| 1997 | AL | 14 | $302.00 |
| 1997 | AP | 9 |    |
| 1997 | AR | 8 | $475.00 |
| 1997 | AZ | 18 | $447.00 |
| 1997 | CA | 118 | $27,012.96 |
| 1997 | CO | 15 | $830.00 |
| 1997 | CT | 19 | $1,765.00 |
| 1997 | DC | 3 | $100.00 |
| 1997 | DE | 10 | $1,147.81 |
| 1997 | FL | 60 | $4,975.00 |
| 1997 | GA | 41 | $91,640.80 |
| 1997 | HI | 7 | $100.00 |
| 1997 | IA | 5 | $5,140.00 |
| 1997 | IL | 44 | $3,007.00 |
| 1997 | IN | 10 | $252.00 |
| 1997 | KS | 10 | $675.00 |
| 1997 | KY | 11 | $397.00 |
| 1997 | LA | 10 | $247.00 |
| 1997 | MA | 49 | $12,129.00 |
| 1997 | MD | 24 | $1,147.00 |
| 1997 | ME | 6 | $229.00 |
| 1997 | MI | 26 | $741.00 |
| 1997 | MN | 12 | $9,432.00 |
| 1997 | MO | 10 | $214.50 |
| 1997 | MS | 7 | $301.00 |
| 1997 | NC | 23 | $845.00 |
| 1997 | NE | 3 | $215.00 |
| 1997 | NH | 3 | $125.00 |
| 1997 | NJ | 33 | $1,031.00 |
| 1997 | NM | 4 | $105.00 |
| 1997 | NV | 3 | $8.00 |
| 1997 | NY | 85 | $7,364.00 |
| 1997 | OH | 27 | $970.00 |
| 1997 | OK | 10 | $129.00 |
| 1997 | OR | 9 | $384.00 |
| 1997 | PA | 35 | $6,750.00 |
| 1997 | RI | 3 | $65.00 |
| 1997 | SC | 11 | $257.00 |
| 1997 | SD | 1 | $25.00 |
| 1997 | TN | 24 | $17,534.74 |
| 1997 | TX | 54 | $1,146.00 |
| 1997 | UT | 3 | $55.00 |
| 1997 | VA | 32 | $901.50 |
| 1997 | VT | 3 | $42.00 |
| 1997 | WA | 14 | $361.00 |
| 1997 | WI | 17 | $682.00 |
| 1997 | WV | 1 |    |
| 1997 | WY | 2 | $40.00 |
| 1997 | Bahamas | 1 | $20.00 |
| 1997 | Canada | 6 | $125.00 |
| 1997 | France | 2 | $250.00 |
| 1997 | Germany | 1 | $40.00 |
| 1997 | Greece | 2 | $60.00 |

```
1997 Israel              1       $5.00
1997 Italy               1      $30.00
1997 Japan               2     $150.00
1997 Korea               1      $50.00
1997 Mexico              1      $40.00
1997 Saudi Arabia        1     $100.00
1997 Singapore           1     $100.00
1997 Spain               1      $70.00

TOTAL                  979   202782.31
```

| 1998 |    | 4   | $50.00      |
|------|----|-----|-------------|
| 1998 | AA | 1   |             |
| 1998 | AE | 4   |             |
| 1998 | AL | 11  | $212.00     |
| 1998 | AP | 8   |             |
| 1998 | AR | 7   | $247.00     |
| 1998 | AZ | 17  | $446.00     |
| 1998 | CA | 129 | $32,779.41  |
| 1998 | CO | 16  | $990.00     |
| 1998 | CT | 18  | $1,778.50   |
| 1998 | DC | 5   | $10.00      |
| 1998 | DE | 4   | $562.00     |
| 1998 | FL | 45  | $3,041.00   |
| 1998 | GA | 38  | $95,231.20  |
| 1998 | HI | 11  | $145.00     |
| 1998 | IA | 4   | $192.00     |
| 1998 | ID | 2   | $32.00      |
| 1998 | IL | 39  | $3,235.00   |
| 1998 | IN | 5   | $102.00     |
| 1998 | KS | 7   | $576.25     |
| 1998 | KY | 10  | $585.00     |
| 1998 | LA | 11  | $280.00     |
| 1998 | MA | 46  | $11,396.50  |
| 1998 | MD | 37  | $1,332.00   |
| 1998 | ME | 11  | $352.00     |
| 1998 | MI | 25  | $773.00     |
| 1998 | MN | 12  | $9,705.00   |
| 1998 | MO | 8   | $359.00     |
| 1998 | MS | 8   | $350.00     |
| 1998 | MT | 1   | $500.00     |
| 1998 | NC | 23  | $546.00     |
| 1998 | ND | 1   | $50.00      |
| 1998 | NE | 4   | $165.00     |
| 1998 | NH | 3   | $162.50     |
| 1998 | NJ | 50  | $1,607.00   |
| 1998 | NM | 3   | $105.00     |
| 1998 | NV | 4   | $29.00      |
| 1998 | NY | 78  | $7,411.34   |
| 1998 | OH | 27  | $1,044.00   |
| 1998 | OK | 8   | $250.00     |
| 1998 | OR | 5   | $40.00      |
| 1998 | PA | 50  | $6,898.00   |
| 1998 | RI | 4   | $80.00      |
| 1998 | SC | 12  | $970.00     |
| 1998 | SD | 1   | $25.00      |
| 1998 | TN | 23  | $3,133.00   |
| 1998 | TX | 52  | $2,474.00   |
| 1998 | UT | 5   | $151.00     |
| 1998 | VA | 40  | $620.00     |
| 1998 | VT | 4   | $43.50      |
| 1998 | WA | 21  | $980.00     |
| 1998 | WI | 19  | $1,122.00   |
| 1998 | WV | 2   |             |
| 1998 | WY | 1   | $25.00      |
| 1998 Canada  |  | 4 | $85.00      |
| 1998 Denmark |  | 1 | $25.00      |
| 1998 France  |  | 1 | $200.00     |

| | | |
|---|---|---|
| 1998 Germany | 1 | $30.00 |
| 1998 Japan | 3 | $230.00 |
| 1998 Saudi Arabia | 1 | $100.00 |
| 1998 Spain | 1 | $80.00 |
| 1998 United Kingdom | 1 | $20.00 |
| **TOTAL** | **997** | **$193,963.20** |

| Year | State | Count | Amount |
|------|-------|-------|--------|
| 1999 |    | 4 | $50.00 |
| 1999 | AA | 1 | $25.00 |
| 1999 | AE | 6 | $100.00 |
| 1999 | AK | 5 | $195.00 |
| 1999 | AL | 22 | $882.00 |
| 1999 | AP | 8 |  |
| 1999 | AR | 5 | $150.00 |
| 1999 | AZ | 15 | $897.00 |
| 1999 | CA | 125 | $38,683.20 |
| 1999 | CO | 14 | $1,060.00 |
| 1999 | CT | 21 | $1,405.00 |
| 1999 | DC | 8 | $700.00 |
| 1999 | DE | 4 | $90.00 |
| 1999 | FL | 48 | $13,988.92 |
| 1999 | GA | 44 | $90,151.00 |
| 1999 | HI | 6 | $95.00 |
| 1999 | IA | 4 | $170.00 |
| 1999 | ID | 3 | $100.00 |
| 1999 | IL | 38 | $3,008.77 |
| 1999 | IN | 11 | $230.00 |
| 1999 | KS | 10 | $1,075.30 |
| 1999 | KY | 9 | $730.00 |
| 1999 | LA | 16 | $505.00 |
| 1999 | MA | 33 | $11,373.00 |
| 1999 | MD | 40 | $1,156.00 |
| 1999 | ME | 14 | $651.00 |
| 1999 | MI | 24 | $1,325.00 |
| 1999 | MN | 15 | $4,770.00 |
| 1999 | MO | 6 | $1,045.00 |
| 1999 | MS | 5 | $65.00 |
| 1999 | MT | 2 | $120.00 |
| 1999 | NC | 22 | $893.40 |
| 1999 | NE | 4 | $190.00 |
| 1999 | NH | 6 | $510.00 |
| 1999 | NJ | 41 | $1,785.00 |
| 1999 | NM | 1 | $100.00 |
| 1999 | NV | 2 | $250.00 |
| 1999 | NY | 80 | $11,153.55 |
| 1999 | OH | 39 | $2,622.00 |
| 1999 | OK | 9 | $244.00 |
| 1999 | OR | 4 | $30.00 |
| 1999 | PA | 37 | $6,789.00 |
| 1999 | PR | 1 |  |
| 1999 | RI | 3 | $75.00 |
| 1999 | SC | 14 | $1,450.00 |
| 1999 | SD | 1 | $20.00 |
| 1999 | TN | 22 | $2,559.00 |
| 1999 | TX | 49 | $2,529.00 |
| 1999 | UT | 2 | $16.00 |
| 1999 | VA | 42 | $741.00 |
| 1999 | VT | 3 | $145.00 |
| 1999 | WA | 19 | $1,135.00 |
| 1999 | WI | 18 | $1,274.00 |
| 1999 | WV | 1 |  |
| 1999 | WY | 2 | $50.00 |
| 1999 Bahamas |  | 1 | $300.00 |
| 1999 Canada |  | 8 | $331.00 |

| | | |
|---|---|---|
| 1999 France | 2 | $300.00 |
| 1999 Germany | 1 | $55.00 |
| 1999 Hong Kong | 1 | $40.00 |
| 1999 Japan | 4 | $235.00 |
| 1999 Jordan | 1 | $20.00 |
| 1999 Saudi Arabia | 1 | $100.00 |
| 1999 Spain | 1 | $100.00 |
| 1999 Taiwan R.O.C. | 1 | $25.00 |
| **TOTAL** | **1009** | **$210,863.14** |

| Year | Code | Count | Amount |
|---|---|---|---|
| 2000 | | 4 | $25.00 |
| 2000 | AE | 8 | $35.00 |
| 2000 | AK | 1 | |
| 2000 | AL | 18 | $803.00 |
| 2000 | AP | 6 | $98.00 |
| 2000 | AR | 11 | $242.00 |
| 2000 | AZ | 18 | $94,065.84 |
| 2000 | CA | 134 | $44,643.67 |
| 2000 | CO | 10 | $921.90 |
| 2000 | CT | 18 | $1,805.00 |
| 2000 | DC | 3 | $68.00 |
| 2000 | DE | 5 | $1,062.00 |
| 2000 | FL | 51 | $3,749.00 |
| 2000 | GA | 31 | $85,000.80 |
| 2000 | HI | 7 | $139.00 |
| 2000 | IA | 4 | $305.00 |
| 2000 | ID | 2 | $60.00 |
| 2000 | IL | 41 | $5,066.00 |
| 2000 | IN | 4 | $85.00 |
| 2000 | KS | 4 | $2,214.73 |
| 2000 | KY | 16 | $1,483.00 |
| 2000 | LA | 28 | $1,066.00 |
| 2000 | MA | 40 | $13,398.50 |
| 2000 | MD | 41 | $1,395.00 |
| 2000 | ME | 11 | $305.00 |
| 2000 | MI | 27 | $1,088.00 |
| 2000 | MN | 17 | $5,728.00 |
| 2000 | MO | 16 | $798.00 |
| 2000 | MT | 5 | $205.00 |
| 2000 | NC | 20 | $2,285.00 |
| 2000 | ND | 1 | $50.00 |
| 2000 | NE | 7 | $506.00 |
| 2000 | NH | 4 | $610.00 |
| 2000 | NJ | 45 | $2,438.00 |
| 2000 | NM | 3 | $305.00 |
| 2000 | NV | 3 | $120.00 |
| 2000 | NY | 84 | $16,008.30 |
| 2000 | OH | 36 | $3,978.00 |
| 2000 | OK | 11 | $376.00 |
| 2000 | OR | 7 | $194.00 |
| 2000 | PA | 36 | $2,893.00 |
| 2000 | PR | 2 | $45.00 |
| 2000 | SC | 11 | $1,480.00 |
| 2000 | SD | 2 | $35.00 |
| 2000 | TN | 25 | $3,913.70 |
| 2000 | TX | 37 | $1,238.53 |
| 2000 | UT | 3 | $126.00 |
| 2000 | VA | 36 | $1,141.00 |
| 2000 | VT | 3 | $140.00 |
| 2000 | WA | 43 | $4,616.50 |
| 2000 | WI | 19 | $1,410.00 |
| 2000 | WV | 2 | |
| 2000 Argentina | | 1 | $100.00 |
| 2000 Bahamas | | 1 | $25.00 |
| 2000 Canada | | 9 | $245.00 |
| 2000 Canada | NS | 1 | $10.00 |
| 2000 France | | 1 | $200.00 |

| | | |
|---|---|---|
| 2000 Germany | 1 | $20.00 |
| 2000 Japan | 4 | $195.00 |
| 2000 Jordan | 1 | $30.00 |
| 2000 Turkey | 1 | $50.00 |
| 2000 United Kingdom | 1 | $40.00 |
| **TOTAL** | **1042** | **$310,679.47** |

| 2001 |           | 4   | $25.00      |
|------|-----------|-----|-------------|
| 2001 | AE        | 5   | $6.00       |
| 2001 | AK        | 3   | $21.00      |
| 2001 | AL        | 11  | $1,753.00   |
| 2001 | AP        | 8   |             |
| 2001 | AR        | 7   | $126.25     |
| 2001 | AZ        | 15  | $975.00     |
| 2001 | CA        | 135 | $36,670.53  |
| 2001 | CO        | 21  | $1,462.00   |
| 2001 | CT        | 21  | $1,453.00   |
| 2001 | DC        | 4   | $1,157.50   |
| 2001 | DE        | 3   | $571.87     |
| 2001 | FL        | 47  | $4,775.50   |
| 2001 | GA        | 36  | $110,444.00 |
| 2001 | HI        | 6   | $59.00      |
| 2001 | IA        | 7   | $1,415.00   |
| 2001 | ID        | 1   | $25.00      |
| 2001 | IL        | 43  | $4,552.65   |
| 2001 | IN        | 13  | $146.55     |
| 2001 | KS        | 10  | $298.00     |
| 2001 | KY        | 17  | $1,391.00   |
| 2001 | LA        | 15  | $1,035.00   |
| 2001 | MA        | 41  | $12,661.00  |
| 2001 | MD        | 43  | $1,217.75   |
| 2001 | ME        | 9   | $584.00     |
| 2001 | MI        | 25  | $1,710.00   |
| 2001 | MN        | 21  | $1,746.00   |
| 2001 | MO        | 18  | $554.30     |
| 2001 | MS        | 4   | $66.00      |
| 2001 | MT        | 6   | $141.00     |
| 2001 | NC        | 29  | $916.00     |
| 2001 | NE        | 4   | $279.00     |
| 2001 | NH        | 6   | $627.25     |
| 2001 | NJ        | 45  | $1,333.00   |
| 2001 | NM        | 6   | $260.00     |
| 2001 | NV        | 4   | $90.00      |
| 2001 | NY        | 102 | $37,380.65  |
| 2001 | OH        | 39  | $5,236.00   |
| 2001 | OK        | 8   | $297.25     |
| 2001 | OR        | 11  | $81.00      |
| 2001 | PA        | 47  | $7,978.25   |
| 2001 | PR        | 2   | $35.00      |
| 2001 | RI        | 1   | $10.00      |
| 2001 | SC        | 14  | $1,621.00   |
| 2001 | SD        | 2   | $45.00      |
| 2001 | TN        | 36  | $3,683.03   |
| 2001 | TX        | 58  | $2,754.59   |
| 2001 | UT        | 6   | $150.00     |
| 2001 | VA        | 41  | $1,326.00   |
| 2001 | VT        | 4   | $155.00     |
| 2001 | WA        | 27  | $5,399.20   |
| 2001 | WI        | 31  | $1,669.80   |
| 2001 | WV        | 4   | $50.00      |
| 2001 | Argentina | 3   | $80.00      |
| 2001 | Australia | 1   | $5.00       |
| 2001 | Bahamas   | 2   | $175.00     |
| 2001 | Brazil    | 1   | $11.25      |

| | | |
|---|---|---|
| 2001 Bulgaria | 1 | $11.25 |
| 2001 Canada | 10 | $250.00 |
| 2001 Finland | 1 | $11.25 |
| 2001 France | 3 | $261.25 |
| 2001 Israel | 1 | $10.00 |
| 2001 Japan | 2 | $260.00 |
| 2001 Lithuania | 1 | $11.25 |
| 2001 Malta | 1 | $23.00 |
| 2001 Spain | 1 | $11.25 |
| 2001 Switzerland | 1 | $11.25 |
| 2001 United Kingdom | 1 | $11.25 |
| **TOTAL** | **1156** | **$259,562.92** |

| Year | State | Count | Amount |
|------|-------|-------|--------|
| 2002 |       | 14    | $262.00 |
| 2002 | AE    | 6     | $42.75 |
| 2002 | AK    | 4     | $23.75 |
| 2002 | AL    | 14    | $925.00 |
| 2002 | AP    | 4     |        |
| 2002 | AR    | 5     | $41.00 |
| 2002 | AZ    | 16    | $1,297.00 |
| 2002 | CA    | 144   | $41,596.13 |
| 2002 | CO    | 27    | $1,907.50 |
| 2002 | CT    | 26    | $1,522.00 |
| 2002 | DC    | 2     | $50.00 |
| 2002 | DE    | 4     | $1,045.00 |
| 2002 | FL    | 58    | $3,903.65 |
| 2002 | GA    | 37    | $108,002.00 |
| 2002 | GU    | 1     | $5.00 |
| 2002 | HI    | 9     | $131.75 |
| 2002 | IA    | 4     | $105.00 |
| 2002 | ID    | 2     | $54.00 |
| 2002 | IL    | 46    | $5,708.00 |
| 2002 | IN    | 15    | $352.00 |
| 2002 | KS    | 10    | $1,015.00 |
| 2002 | KY    | 15    | $2,208.00 |
| 2002 | LA    | 20    | $635.00 |
| 2002 | MA    | 37    | $11,273.50 |
| 2002 | MD    | 42    | $1,775.80 |
| 2002 | ME    | 10    | $415.00 |
| 2002 | MI    | 26    | $1,237.75 |
| 2002 | MN    | 27    | $782.07 |
| 2002 | MO    | 10    | $449.00 |
| 2002 | MS    | 10    | $225.00 |
| 2002 | MT    | 4     | $173.75 |
| 2002 | NC    | 29    | $988.00 |
| 2002 | ND    | 1     | $50.00 |
| 2002 | NE    | 4     | $225.00 |
| 2002 | NH    | 10    | $728.00 |
| 2002 | NJ    | 44    | $1,883.30 |
| 2002 | NM    | 4     | $306.00 |
| 2002 | NV    | 2     | $49.50 |
| 2002 | NY    | 100   | $10,923.00 |
| 2002 | OH    | 54    | $5,527.50 |
| 2002 | OK    | 10    | $380.00 |
| 2002 | OR    | 11    | $238.00 |
| 2002 | PA    | 57    | $9,701.51 |
| 2002 | PR    | 2     | $17.00 |
| 2002 | RI    | 5     | $113.75 |
| 2002 | SC    | 17    | $1,592.00 |
| 2002 | SD    | 1     | $25.00 |
| 2002 | TN    | 23    | $2,553.19 |
| 2002 | TX    | 59    | $2,840.52 |
| 2002 | UT    | 5     | $163.75 |
| 2002 | VA    | 45    | $1,725.00 |
| 2002 | VT    | 7     | $400.00 |
| 2002 | WA    | 24    | $4,483.75 |
| 2002 | WI    | 19    | $2,042.00 |
| 2002 | WV    | 1     |        |
| 2002 | WY    | 4     | $87.50 |
| 2002 Canada | | 11 | $484.75 |

| | | | |
|---|---|---|---|
| 2002 Finland | 1 | $50.00 |
| 2002 France | 1 | $200.00 |
| 2002 Germany | 2 | $35.00 |
| 2002 Greece | 1 | $50.00 |
| 2002 Jamaica | 1 | $5.00 |
| 2002 Japan | 2 | $150.00 |
| 2002 Jordan | 1 | $30.00 |
| 2002 Slovenia | 1 | $5.00 |
| 2002 Spain | 1 | $80.00 |
| 2002 Switzerland | 1 | $100.00 |
| 2002 Thailand | 1 | $5.00 |
| 2002 United Kingdom | 1 | $25.00 |

**TOTAL**  **1212**  **$235,426.42**

| Year | State | Count | Amount |
|------|-------|-------|--------|
| 2003 |       | 11    | $37.90 |
| 2003 | AE    | 4     | $5.00 |
| 2003 | AK    | 4     | $102.14 |
| 2003 | AL    | 11    | $825.14 |
| 2003 | AP    | 2     |        |
| 2003 | AR    | 10    | $409.00 |
| 2003 | AZ    | 23    | $1,642.14 |
| 2003 | CA    | 123   | $43,109.03 |
| 2003 | CO    | 20    | $1,625.00 |
| 2003 | CT    | 27    | $1,591.00 |
| 2003 | DC    | 3     | $1,150.00 |
| 2003 | DE    | 2     | $25.00 |
| 2003 | FL    | 55    | $4,755.00 |
| 2003 | GA    | 39    | $116,256.70 |
| 2003 | HI    | 6     | $65.00 |
| 2003 | IA    | 7     | $255.00 |
| 2003 | ID    | 2     | $65.00 |
| 2003 | IL    | 45    | $5,605.50 |
| 2003 | IN    | 11    | $386.50 |
| 2003 | KS    | 11    | $1,145.00 |
| 2003 | KY    | 13    | $1,420.00 |
| 2003 | LA    | 16    | $710.00 |
| 2003 | MA    | 47    | $17,829.00 |
| 2003 | MD    | 32    | $1,205.00 |
| 2003 | ME    | 12    | $477.00 |
| 2003 | MI    | 22    | $1,290.00 |
| 2003 | MN    | 24    | $3,277.14 |
| 2003 | MO    | 10    | $224.00 |
| 2003 | MS    | 4     | $67.00 |
| 2003 | MT    | 7     | $298.56 |
| 2003 | NC    | 27    | $2,330.40 |
| 2003 | ND    | 1     | $50.00 |
| 2003 | NE    | 6     | $365.00 |
| 2003 | NH    | 4     | $550.00 |
| 2003 | NJ    | 53    | $2,600.28 |
| 2003 | NM    | 4     | $212.14 |
| 2003 | NV    | 3     | $320.00 |
| 2003 | NY    | 95    | $30,465.75 |
| 2003 | OH    | 39    | $5,620.00 |
| 2003 | OK    | 9     | $265.00 |
| 2003 | OR    | 13    | $424.28 |
| 2003 | PA    | 58    | $9,434.50 |
| 2003 | PR    | 2     | $5.00 |
| 2003 | RI    | 5     | $115.00 |
| 2003 | SC    | 13    | $1,329.90 |
| 2003 | SD    | 1     | $25.00 |
| 2003 | TN    | 28    | $5,145.00 |
| 2003 | TX    | 49    | $2,533.23 |
| 2003 | UT    | 9     | $553.00 |
| 2003 | VA    | 38    | $1,304.00 |
| 2003 | VT    | 6     | $374.00 |
| 2003 | WA    | 26    | $7,103.14 |
| 2003 | WI    | 17    | $907.00 |
| 2003 | WV    | 3     | $25.00 |
| 2003 | Argentina | 1 | $30.00 |
| 2003 | Bahamas   | 1 | $100.00 |
| 2003 | Belgium   | 1 | $10.00 |

| | | | |
|---|---|---|---|
| 2003 | Bermuda | 1 | $25.00 |
| 2003 | Canada | 12 | $589.75 |
| 2003 | Croatia | 1 | $10.00 |
| 2003 | Finland | 1 | $10.00 |
| 2003 | France | 1 | $200.00 |
| 2003 | Israel | 1 | $10.00 |
| 2003 | Japan | 4 | $120.00 |
| 2003 | Jordan | 1 | $26.00 |
| 2003 | New Zealand | 1 | $10.00 |
| 2003 | South Africa | 1 | $10.00 |
| 2003 | United Kingdom | 1 | $30.00 |

**TOTAL**                           **1140**    **$279,090.12**

| | | | |
|---|---|---|---|
| 2004 | | 7 | $25.00 |
| 2004 | AE | 4 | |
| 2004 | AK | 1 | $25.00 |
| 2004 | AL | 12 | $1,480.00 |
| 2004 | AP | 6 | |
| 2004 | AR | 5 | $700.00 |
| 2004 | AZ | 21 | $1,683.00 |
| 2004 | CA | 125 | $55,397.63 |
| 2004 | CO | 20 | $1,203.00 |
| 2004 | CT | 22 | $2,146.00 |
| 2004 | DC | 3 | $1,018.00 |
| 2004 | DE | 3 | $28.70 |
| 2004 | FL | 47 | $4,619.60 |
| 2004 | GA | 37 | $111,640.92 |
| 2004 | HI | 4 | $60.00 |
| 2004 | IA | 4 | $129.00 |
| 2004 | ID | 4 | $107.00 |
| 2004 | IL | 60 | $9,912.08 |
| 2004 | IN | 13 | $414.00 |
| 2004 | KS | 12 | $476.00 |
| 2004 | KY | 19 | $522.00 |
| 2004 | LA | 12 | $415.00 |
| 2004 | MA | 43 | $12,129.00 |
| 2004 | MD | 33 | $834.00 |
| 2004 | ME | 10 | $345.00 |
| 2004 | MI | 26 | $1,299.00 |
| 2004 | MN | 22 | $4,222.50 |
| 2004 | MO | 16 | $294.00 |
| 2004 | MS | 4 | $159.00 |
| 2004 | MT | 5 | $290.00 |
| 2004 | NC | 26 | $1,216.00 |
| 2004 | NE | 7 | $525.00 |
| 2004 | NH | 4 | $475.00 |
| 2004 | NJ | 41 | $1,878.50 |
| 2004 | NM | 5 | $124.00 |
| 2004 | NV | 4 | $132.00 |
| 2004 | NY | 83 | $23,175.50 |
| 2004 | OH | 40 | $5,055.00 |
| 2004 | OK | 15 | $405.00 |
| 2004 | OR | 10 | $193.00 |
| 2004 | PA | 54 | $11,279.20 |
| 2004 | PR | 5 | $71.15 |
| 2004 | RI | 3 | $65.00 |
| 2004 | SC | 18 | $1,557.00 |
| 2004 | SD | 1 | $30.00 |
| 2004 | TN | 27 | $8,819.00 |
| 2004 | TX | 50 | $3,672.40 |
| 2004 | UT | 6 | $159.00 |
| 2004 | VA | 45 | $1,794.00 |
| 2004 | VT | 9 | $525.00 |
| 2004 | WA | 22 | $5,938.00 |
| 2004 | WI | 20 | $2,079.50 |
| 2004 | WV | 4 | $10.00 |
| 2004 | WY | 3 | $44.00 |
| 2004 Argentina | | 1 | $20.00 |
| 2004 Canada | | 3 | $225.00 |
| 2004 Canada | ON | 1 | $5.00 |

```
       2004 France             1        $200.00
       2004 Italy              1         $10.00
       2004 Japan              3        $185.00
       2004 Jordan             1         $25.00
       2004 Korea              1        $100.00
       2004 Malta              1          $3.00
       2004 New Zealand        1          $5.00
       2004 Puerto Rico        1         $10.00
       2004 Spain              1        $100.00

TOTAL                       1118    $281,684.68
```

| Year | Location | Count | Amount |
|------|----------|-------|--------|
| 2005 |    | 1   |             |
| 2005 | AE | 6   |             |
| 2005 | AK | 2   | $100.00     |
| 2005 | AL | 11  | $754.00     |
| 2005 | AP | 5   |             |
| 2005 | AR | 4   | $1,085.00   |
| 2005 | AZ | 20  | $1,565.00   |
| 2005 | CA | 110 | $52,227.49  |
| 2005 | CO | 18  | $2,392.00   |
| 2005 | CT | 21  | $2,686.00   |
| 2005 | DC | 5   | $325.00     |
| 2005 | DE | 4   | $368.00     |
| 2005 | FL | 39  | $4,874.00   |
| 2005 | GA | 34  | $114,445.00 |
| 2005 | HI | 4   | $110.00     |
| 2005 | IA | 7   | $360.00     |
| 2005 | ID | 2   | $75.00      |
| 2005 | IL | 47  | $4,259.00   |
| 2005 | IN | 14  | $770.00     |
| 2005 | KS | 8   | $905.00     |
| 2005 | KY | 14  | $1,455.00   |
| 2005 | LA | 14  | $576.00     |
| 2005 | MA | 45  | $13,018.00  |
| 2005 | MD | 36  | $2,515.00   |
| 2005 | ME | 11  | $448.00     |
| 2005 | MI | 23  | $1,459.00   |
| 2005 | MN | 23  | $5,125.00   |
| 2005 | MO | 9   | $285.00     |
| 2005 | MS | 7   | $133.00     |
| 2005 | MT | 4   | $460.00     |
| 2005 | NC | 26  | $1,428.00   |
| 2005 | ND | 1   | $50.00      |
| 2005 | NE | 2   | $250.00     |
| 2005 | NH | 1   | $300.00     |
| 2005 | NJ | 46  | $2,464.40   |
| 2005 | NM | 2   | $100.00     |
| 2005 | NV | 2   | $125.00     |
| 2005 | NY | 72  | $17,512.90  |
| 2005 | OH | 42  | $5,838.00   |
| 2005 | OK | 17  | $435.00     |
| 2005 | OR | 9   | $400.00     |
| 2005 | PA | 40  | $24,332.00  |
| 2005 | PR | 2   | $5.00       |
| 2005 | RI | 3   | $75.00      |
| 2005 | SC | 17  | $1,665.00   |
| 2005 | SD | 1   | $50.00      |
| 2005 | TN | 24  | $7,813.00   |
| 2005 | TX | 40  | $2,636.00   |
| 2005 | UT | 8   | $333.00     |
| 2005 | VA | 42  | $2,104.00   |
| 2005 | VT | 7   | $390.00     |
| 2005 | WA | 20  | $6,769.20   |
| 2005 | WI | 26  | $1,813.00   |
| 2005 | WV | 2   | $5.00       |
| 2005 | WY | 1   | $20.00      |
| 2005 | Bahamas | 1 | $400.00  |
| 2005 | Bulgaria | 1 | $5.00   |

```
2005 Canada              1        $25.00
2005 Canada      ON      1        $50.00
2005 Canada      QC      1        $75.00
2005 France              2       $450.00
2005 Israel              1        $10.00
2005 Italy               1        $20.00
2005 Japan               3       $211.00
2005 Lebanon             1        $25.00
2005 Malta               1         $5.00
2005 New Zealand         1        $20.00
2005 Puerto Rico         1        $10.00
2005 RUSSIA              1        $20.00
2005 Switzerland         1       $500.00
2005 Taiwan R.O.C.       1        $20.00
2005 Thailand            2        $45.00
2005 Turkey              3        $65.00
```

**TOTAL**                     **1025**    **$291,643.99**

| | | | |
|---|---|---|---|
| 2006 | | 5 | $75.00 |
| 2006 | AE | 3 | |
| 2006 | AL | 11 | $750.00 |
| 2006 | AP | 6 | |
| 2006 | AR | 5 | $1,180.00 |
| 2006 | AZ | 18 | $1,540.00 |
| 2006 | CA | 105 | $42,997.41 |
| 2006 | CO | 14 | $1,675.00 |
| 2006 | CT | 24 | $2,698.00 |
| 2006 | DC | 3 | $135.00 |
| 2006 | DE | 3 | $56.83 |
| 2006 | FL | 33 | $5,080.00 |
| 2006 | GA | 38 | $123,740.00 |
| 2006 | HI | 3 | $100.00 |
| 2006 | IA | 5 | $125.00 |
| 2006 | ID | 3 | $58.00 |
| 2006 | IL | 64 | $8,692.00 |
| 2006 | IN | 11 | $944.00 |
| 2006 | KS | 9 | $1,170.00 |
| 2006 | KY | 14 | $1,366.00 |
| 2006 | LA | 15 | $617.00 |
| 2006 | MA | 37 | $12,037.00 |
| 2006 | MD | 37 | $3,717.00 |
| 2006 | ME | 9 | $540.00 |
| 2006 | MI | 22 | $1,215.00 |
| 2006 | MN | 29 | $11,349.00 |
| 2006 | MO | 7 | $765.00 |
| 2006 | MS | 5 | $140.00 |
| 2006 | MT | 3 | $325.00 |
| 2006 | NC | 21 | $2,189.95 |
| 2006 | ND | 1 | |
| 2006 | NE | 2 | $400.00 |
| 2006 | NH | 2 | $125.00 |
| 2006 | NJ | 41 | $2,958.84 |
| 2006 | NM | 1 | $20.00 |
| 2006 | NV | 4 | $150.00 |
| 2006 | NY | 85 | $143,838.88 |
| 2006 | OH | 40 | $7,609.65 |
| 2006 | OK | 16 | $492.00 |
| 2006 | OR | 12 | $655.00 |
| 2006 | PA | 46 | $39,570.00 |
| 2006 | PR | 1 | $20.00 |
| 2006 | RI | 5 | $115.00 |
| 2006 | SC | 13 | $1,535.00 |
| 2006 | SD | 4 | $119.00 |
| 2006 | TN | 29 | $9,571.50 |
| 2006 | TX | 40 | $4,106.00 |
| 2006 | UT | 6 | $525.00 |
| 2006 | VA | 35 | $2,664.00 |
| 2006 | VT | 6 | $411.00 |
| 2006 | WA | 19 | $7,785.40 |
| 2006 | WI | 16 | $2,770.00 |
| 2006 | WV | 2 | $5.00 |
| 2006 Argentina | | 1 | $25.00 |
| 2006 Bahamas | | 1 | $300.00 |
| 2006 Canada | | 6 | $162.00 |
| 2006 Canada | ON | 5 | $110.00 |

| | | |
|---|---|---|
| 2006 Canada    QC | 1 | $100.00 |
| 2006 France | 2 | $300.00 |
| 2006 Japan | 1 | $50.00 |
| 2006 Jordan | 1 | $30.00 |
| 2006 South Africa | 1 | $22.00 |
| 2006 Spain | 1 | $153.00 |
| **TOTAL** | **1008** | **$451,975.46** |

| YEAR | (a) TOTAL REVENUES | (b) TOTAL DONATIONS | CFC DONATIONS | (c) DONATIONS AS % OF REVENUES | NON-CFC DONATIONS AS % OF NON-CFC REVENUES |
|------|------|------|------|------|------|
| 2000 | $1,101,703.00 | $309,892.00 | $29,080.00 | 28.13% | 26.18% |
| 2001 | $989,229.00 | $242,742.00 | $26,655.00 | 24.54% | 22.45% |
| 2002 | $941,351.00 | $244,507.00 | $32,594.00 | 25.97% | 23.32% |
| 2003 | $1,028,694.00 | $279,152.00 | $32,932.00 | 27.14% | 24.73% |
| 2004 | $1,061,252.00 | $287,078.00 | $38,453.00 | 27.05% | 24.31% |
| 2005 | $1,105,581.00 | $291,411.00 | $38,468.00 | 26.36% | 23.70% |
| 2006 | $1,389,384.00 | $447,006.00 | $31,217.00 | 32.17% | 30.61% |
| TOTAl | $7,617,194.00 | $2,101,788.00 | $229,399.00 | 27.59% | 25.34% |

**Exhibit 4**