## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STUTTERING FOUND. OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Civil Action No.  07-1249 (JDB) |
| **LINDA M. SPRINGER, in her capacity as Director of the U.S. Office of Personnel Management,** | |
| **Defendant.** | |

## <u>ORDER</u>

Upon consideration of plaintiff's motion for summary judgment, defendant's cross-motion for summary judgment, and the entire record herein, it is this <u>30th</u> day of <u>July</u>, 2007, hereby

**ORDERED** that plaintiff's motion for summary judgment [#3] is **GRANTED**; it is further

**ORDERED** that defendant's cross-motion for summary judgment [#8] is **DENIED**; it is further

**ORDERED** that defendant's June 28, 2007, decision sustaining the denial of plaintiff's 2007 CFC application is **VACATED**; it is further

**ORDERED** that this action is **REMANDED** to the Office of Personal Management for prompt reconsideration of plaintiff's application for inclusion in the 2007 Combined Federal Campaign, using criteria not inconsistent with this opinion; and it is further

**ORDERED** that defendant is **ENJOINED** from further printing or distributing its 2007 national/international participating organization list until a final decision has been made on remand with respect to plaintiff's application for inclusion in the 2007 Combined Federal Campaign.

**SO ORDERED.**

    /s/ John D. Bates    
JOHN D. BATES
United States District Judge
